PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE Southern _____ DISTRICT OF TEXAS
Houston _____ DIVISION

United States Courts
Southern District of Texas
F I L E D

APR − 6 2021

Nathan Ochsner, Clerk of Court

Sherease Antionette Latin #21539-047 _____
Plaintiff's Name and ID Number

Federal Prison Camp Bryan _____
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

FPC BRYAN 1100 Ursuline Ave Bryan, TX 77803 ____
Defendant's Name and Address

Warden Hawkins 1100 Ursuline Ave Bryan, TX 77803
Defendant's Name and Address

Captain Salcido 1100 Ursuline Ave. Bryan, TX 77803
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

PAGE 1 CONT.

Lieutenant Acevedo 1100 Ursuline Ave. Bryan, TX 77803
Defendant's Name and Address

Lieutenant Richardson 1100 Ursuline Ave. Bryan, TX 77803
Defendant's Name and Address

Education Supervisor Mrs. Godwin 1100 Ursuline Ave. Bryan, TX 77803
Defendant's Name and Address

Madison Unit Manager Mrs. Brown 1100 Ursuline Ave. Bryan, TX 77803
Defendant's Name and Address

CSW St. Clergy 1100 Ursuline Ave. Bryan, TX 77803
Defendant's Name and Address

Counselor Mrs. Bernard 1100 Ursuline Ave. Bryan, TX 77803
Defendant's Name and Address

Beyond The Fence Coordinator/Counselor Mrs. Daniels 1100 Ursuline Ave. Bryan, TX 77803
Defendant's Name and Address

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES X NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1.  Approximate date of filing lawsuit:_____
   2.  Parties to previous lawsuit:
       Plaintiff(s)_____
       Defendant(s)_____
   3.  Court: (If federal, name the district; if state, name the county.)_____
   4.  Cause number:_____
   5.  Name of judge to whom case was assigned: _____
   6.  Disposition: (Was the case dismissed, appealed, still pending?) _____
   7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: FEDERAL PRISON CAMP BRYAN_____

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _X_ YES ____ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Sherease Antionette Latin #21539-047 1100 Ursuline Ave. Bryan, TX 77803

_____

_____

B. Full name of each defendant, his official position, his place of
employment, and his full <u>mailing</u> address.

Defendant #1: FPC BRYAN 1100 Ursuline Ave. Bryan, TX 77803 _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violation of First, Fifth, Eighth, and Fourteenth Amendment Rights. Slander, lost wages, caused mental
emotional, and physical suffering.

Defendant #2: Warden Hawkins 1100 Ursuline Ave. Bryan, TX 77803 _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violation of First, Fifth, Eighth, and Fourteenth Amendment Rights.  Slander, lost wages, caused
mental, emotional, and physical suffering.

Defendant #3: _____ Captain Salcido 1100 Ursuline Ave. Bryan, TX 77803 ____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violation of First, Fifth, Eighth, and Fourteenth Amendment Rights.  Slander, lost wages, caused
mental, emotional, and physical suffering.

Defendant #4: Lieutenant Acededo 1100 Ursuline Ave. Bryan, TX 77803 _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violation of First, Fifth, Eighth, and Fouteenth Amendment Rights.  Slander, lost wages, caused
mental, emotional, and physical suffering.

Defendant #5: Lieutenant Richardson 1100 Ursuline Ave. Bryan, TX 77803 _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violation of First, Fifth, Eighth, and Fourteenth Amendment Rights.  Slander, lost wages, caused
mental, emotional, and physical suffering.

V.   STATEMENT OF CLAIM:

Defendant #9:  Counselor Mrs. Bernard 1100 Ursuline Ave. Bryan, TX 77803

Defendant #10:  Beyond The Fence Coordinator/Counselor Mrs. Daniels 1100 Ursuline Ave. Bryan, TX 77803

Briefly describe the act(s) or omission(s) of the defendant(s) which you claimed harmed you.

Defendant #6  Slander, Violation of Fifth Amendment Rights, and Fourteenth Amendment Right, infliction of emotional, mental, and physical suffering.

Defendant #7 Violation of First, Fifth, Eighth, and Fourteenth Amendment Rights.  Slander, lost wages, caused mental, emotional, and physical suffering.

Defendant #8 Violation of First, Fifth, Eighth, and Fourteenth Amendment Rights.  Slander, lost wages, caused mental, emotional, and physical suffering.

Defendant #9 Violation of First, Fifth, Eighth, and Fourteenth Amendment Rights.  Slander, lost wages, caused mental, emotional, and physical suffering.

Defendant #10 Violation of First, Fifth, Eighth, and Fourteenth Amendment Rights.  Slander, lost wages, caused mental, emotional, and physical suffering.

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

All 10 Defendants have contributed to the Violation of my Constitutional Rights, and the mental, emotional, and physical suffering that I have suffered.  1.(FPC BRYAN) Is the place of employment for each defendant and I am holding the whole facility in a whole responsible for the violations, and suffering.  2.(Warden Hawkins) has contributed to the Violation of rights, by failure to stop the targeting, harassment, and retaliatory punishment from her staff.  Allowing slander from staff that contributed to my inability to program, transfer, and obtain gainful employment.  Which has caused lost wages and cruel and unusual punishment.  My right to equal protection, and substantive due process of "fundamental fairness" resulting from the false, frivolous, and planned series of disciplinary reports, and actions of her staff, due to my using my Administrative Remedy Process.  For being denied "impartiality" with all disciplinary hearings.  I have spoken to, emailed and submitted written statements of the actions from staff with no avail.  3.(Captain Salcido) has contributed to the continuous violations of my rights by failing to take my claims serious, as well as stating to me that

VI.  RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases  or statutes.

I am seeking $10 million for actual damages to compensate for the out-of pocket expenses and mental and emotional suffering, nominal damages to vindicate my rights and punitive damages for the wrongful acts being done intentionally and maliciously.

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Dee or D. Latin

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

N/A

VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?        ____YES  X  NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                              ____YES  ____NO

PAGE 4 CONT.

I have a "target on my back". He has also allowed the targeting, harassment, and retaliation to continue. His input during a Disciplinary Hearing on 10/15/2020, caused the outside hearing Officer to no longer be impartial, resulting in lose of good conduct time and privileges. I made Captain Salcido aware of the actions of Mrs. Daniels before she wrote the incident report that caused the DHO hearing, and was informed by him that her actions were "personalizing" which resulted in the retaliation (incident report). 4.(Lieutenant Acevedo) has contributed to the violation of my rights by, failing to ensure my right to equal protection from slander, targeting, harassment, retaliatory punishment, and impartiality. I have done several interviews and made several statements to provide the information needed to confirm the violations, and treatment that I have been subjected to with him and nothing has been done to stop or change the way that staff basically bullies me. I was told by him that part of his job is to ensure that fair and equal treatment of inmates by staff. 5.(Lieutenant Richardson) has also failed to ensure the due process for disciplinary actions stays fair, impartial, and non-retaliatory. She also does nothing to stop the slander, targeting, harassment, or the retaliatory actions of staff. I was told by her during an investigation of an incident report issued on 11/16/2020 by nurse Kullman that was expunged when I asked her to further investigate the incident she stated "I have more important things to do I am just here to take your statement". After I told her that I had a written statement she stated "Oh God this is not going to fit in this little box I have to write in. I asked her to just attach it. 6.(Mrs. Godwin)has contributed to the violation of my rights in several ways. She has denied me the same access to the law library and legal materials that she makes available to other inmates namely Inmate Hedspeth. I have sent several emails and cop-outs to request the things that I need with no response or just being denied. I have had to write 8 1/2's and BP-9,10,etc, in order to get anytype of response from her. She has also contributed to the slander, and has embarrassed me in front of the whole unit by accusing me of "stealing" a typewriter from education and bringing it to the unit on June 22, 2020, that she had Officer Curtis bring to the unit.(see ex.) All of these actions have caused me severe mental and emotional distress with pending court cases, that I am having to make a way by asking officers and others to get the information that I need. I even tried to have a one on one meeting with Mrs. Godwin and in the middle of the conversation in the Madison Unit team room she propped her head on her folded hands and begun to stare out the window like I was not even speaking with her and them looked at me and replied "I just had the best day dream ever". In February 2021, I sent over a request to print of the needed legal material that I need from the law library and was told by Mrs. Pitvon that I was not going to be able to go to the library and print per Mrs. Godwin. On or around March 12-15, 2021, I spoke with Unit Manager Brown and informed her of my needs and was not given the opportunity to go to the library. With in those days Mrs. Godwin went to the staff dining hall where Inmate Hedspeth works and personally escorted her to the library to print off her needed material. I then approached Mrs. Godwin on March 21, 2021 @ 6:45 P.M. and asked her did she get my cop-out and why she did not respond. She claimed that she did not receive it. I then asked her may I be escorted to the library to fulfil my needs and she stated "I don't know what to tell you!"

now that I have submitted a 8 1/2 through the B-1 counselor, Mrs. Godwin, responded that I have to have a staff member escort me to the library. Per the memo from the Warden, it states that all legal request go through the Supervisor of Education(Mrs. Godwin).(see ex.) 7-10.(Unit Manager Brown, CSW St. Clergy, Counselor Bernard, Beyond the Fence Coordinator Mrs. Daniels) have been the main source of the violation of my rights and the mental, emotional, and physical distress. Starting with Unit Manager Brown, she has written me several incident reports that have resulted in dismissal or being expunged. As soon as one gets expunged she writes me another one. The latest one she even states in the incident report that her goal is to take my phone privileges. (see ex.) She also has upheld other false, frivolous incident reports written by staff in a retaliatory nature, with knowledge of the situations prior to the issuance of the incident reports. CSW St. Clergy has contributed to the violation of my rights in the same fashion as the whole Madison Unit Team by sanctioning me for frivolous, false incident reports. She also collaborated with Counselor Bernard to write me an incident report that was expunged after being sent to region. (see ex.) She has also been a major contributor to the slander that I am being subjected to. Counselor Bernard has contributed to the violation of my rights, by writing a false, trumped up frivolous incident report, that was expunged. She with CSW St. Clergy lied about a memo for an extension on an incident report that Unit Manager Brown was to be bringing back from the Warden on Dec. 2, 2020. The Warden or Unit Manager Brown had no knowledge of said memo. The very next day I was given an incident report by Bernard, with a memo from St. Clergy attached. Unit Manager Brown, and Counselor Bernard have blocked my access to the courts by refusing, or making it nearly impossible to have access to the typewriter, as well as legal calls. (Lawyer has proof of run around from Bernard.) During my use of the typewriter on March 4, 2021 Unit Manager Brown, harassed me through out the time period that I was limited to, she even told me to hurry up and that she was going to read my legal correspondences to verify what I am working on. Unit Manager Brown has given me more incident reports than any other inmate at this facility. (Targeting) She will dismiss incident reports for others and make sure that I am sanctioned for mines, which is blatant lack of "fairness". Beyond the Fence Coordinator Mrs. Daniels has contributed to the violation of my rights, by issuing an incident report in a planned retaliatory nature. I was on a video visit around August 17, 2020 with my spouse and made a comment about the Unit Disciplinary Hearing that I just had and in the midst of that conversation I called Mrs. Daniels a "Bitch". She called me to her office on about August 26, 2020 under the pretense of a job interview for beyond the fence, which turned into her confronting me about said video. I brought the situation to the attention of Captain Salcido and SIS Mitchell. Then during the week of Sept. 28, 2020 she monitored my video visits looking for a reason to issue me an incident report. She issued an incident report on Sept. 29, 2020 for a prohibited act that is not listed in no inmate handbook, or program statement that resulted in the lose of good conduct days. On March 17, 2021 Mrs. Daniels came in the Unit and I was on the computer as well as several other inmates at around 9:50 A.M. she walked past all of those inmates and went to the Unit officer and only asked was it my time to be on the computer, or did I have permission. (targeting)

All in all I feel that the targeting, harassment and retaliation started with in a week of my arrival at FPC Bryan.  I was threatened with physical harm from Officer Murray.  I then started with my Administrative remedies, and the treatment became worse and has continued non stop.  I have been issued at least one incident report every month of 2020 and the beginning of 2021.  I have asked Upper Management for assistance with stopping the treatment and have had not remedy.  I have lost well over 15 lbs., experiencing severe hair loss, uncontrolled hypertension, and have been put on the medication Prozac, due to all the mental, emotional, and physical stress I am subjected to.  I have also lost good conduct days, had lawyers refuse to take my compassionate release case, refused employment, programming, and apprenticeship training, and nearer home transfer due to all the frivolous(thrown-out or expunged) incident reports.  I have exhausted my Administrative Remedy Process, with no response from Central Office. (see ex.)  I am now filing a civil suit pursuant to 42 U.S.C. § 1983.

C. Has any court ever warned or notified you that sanctions could be imposed?          _____ YES  X  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _____

    2.  Case number: _____

    3.  Approximate date warning was issued: _____

Executed on: <u>March 29, 2021</u>
             DATE

                                Sherease Antionette Latin 21539-047
                                       (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

    1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

    4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  <u>29th</u>  day of <u>March</u>  , 20 <u>21</u>  .
               (Day)                 (month)          (year)

                                Sherease Antionette Latin 21539-047
                                       (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

United States Courts
Southern District of Texas
F I L E D

APR - 6 2021

Nathan Ochsner, Clerk of Court

CERTIFICATE OF SERVICES

This is to certify that I have served a true and correct copy of the following:

1983 motion Original + Copy
In Forma Pauperis          Exhibits

upon the following addresses, by placing same in a sealed envelope, bearing sufficient postage for the delivery via United States Mail Service to:

United States District Court
Southern District Of Texas
P.O. Box 61010
Houston, TX 77208

which was hand delivered to prison authorities on the grounds of the Federal Prison Camp Bryan in Bryan, Texas on this __31st__ day of __march__, __2021__.

Sherease
2'1539-047

Litigation is deemed FILED at the time it was delivered to prison authorities.  See: Houston v. Lack, 101 L .Ed. 2d 245 (1988).

Sherease Latin 21539047
Federal Prison Camp Bryan
P.O. BOX 2149
BRYAN, TX 77805



United States Courts
Southern District of Texas
F I L E D

APR - 6 2021

Nathan Ochsner, Clerk of Court



Clerk
United States Dist
Southern District o
P.O. Box 61010
Houston, TX 7

CERTIFIED MAIL

7016 3010 0000 8733 8247

AFSM 6 N HOU 773
FRI 02 APR 2021 PM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 22, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
SOUTH CENTRAL REGIONAL OFFICE

TO : SHEREASE ANTIONET LATIN, 21539-047
BRYAN FPC    UNT: MADISON    QTR: M02-551L
P.O. BOX 2197
BRYAN, TX 77805

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1064371-R1   REGIONAL APPEAL
DATE RECEIVED   : JANUARY 4, 2021
SUBJECT 1       : UDC RELATED ISSUE
SUBJECT 2       : TRANSFER - OTHER
INCIDENT RPT NO :

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).  YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 3: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 4: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 5: SEE REMARKS.

REMARKS        : INCIDENT REPORT #3450737 WAS EXPUNGED. FOR TRANSFER
                 REQUEST, SEEK RELIEF SEPARATELY, BEGINNING AT
                 INSTITUTION LEVEL.

*Inmate Received 2/5/2021 D Crawford 2:40 pm*

---

BP-229(13) including any attachments must be submitted with this copy.

Part A - REASON FOR APPEAL I have tried to informally resolve the issues that have been occurring and being reported to Warden Hawkins and all Admin Staff...

NAME: Latin Sherease A    REG NO: 21539-047    UNIT: madison    INSTITUTION: FPC Bryan

Part B - RESPONSE

DATE: 12-14-2020    SIGNATURE OF REQUESTER: Sherease Latin

Received
Legal Department
JAN 04 2021
Bureau of Prisons
South Central Region

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 1064371-R1

Part C - RECEIPT    CASE NUMBER:

BP-230(13)
JUNE 2002

---

BP-S148.055   INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE              FEDERAL BUREAU OF

EX 4

TO, (Name and Title of Staff Member): Warden Hawkins    DATE: 12-3-2020

FROM: Sherease Latin    REGISTER NO: 21539-047

WORK ASSIGNMENT: Unit Orderly    UNIT: madison

SUBJECT: (Briefly state your question or concern and the solution you are requesting...)

Warden Hawkins,
      I really do not know what to even say.
this is not clear proof of retaliation but
I don't know what is. So Mrs. Bernard was
the exact date that she told me not to wear my swe...
inside out down in the common area. I reported...
action to Lt Williamson as well. She told me not to...
out due to them being an irritant from over washing. I sleep with the sweats on...
just woken up and went to the restroom to brush my...
teeth and use the restroom and she told me again to...
this in my room.

DISPOSITION:

Sent in mail on 12-3-2020 for incident report written by Mrs. Bernard

Signature Staff Member    Date

---

...incident report was sent over to Unit manager Brown. I spoke...
...her explained what happen and she sent the report back to...
...her investigation. All that needed to be done was talk to the...
...tress and review the cameras to prove the events did not occ...
...stated in section II of incident report #3450737. That agai...
...viously was not done, due to Lt. Richardson serving me a re-wr...
...the incident report seven days after the incident occurred...
...hen I asked for Lt. Richardson to investigate the re-write report...
...was told by her, "I have more important things to do I am...
...st here to take your statement". I explained to her that I had...
...statement in writing and asked for permission to retrieve it...
...hle handing it to her she said "oh good this is not going to fit...
...is little box I have to work in." I asked her to attach the...
...atement to the report. My statement gives a detailed descriptio...
...f what the camera will show took place. I am so fearful of...
...at the next move might be by one of the staff members, si...
...try to sleep all day. I have lost at least 15 lbs since my...
...rival at FPC Bryan, my hair is falling out and my health is...
...eady deteriorating from all the stress and retaliatory treatment...
...am receiving. I am begging for someone to please take me serious...
...d remove me from this place. I have been scared to ask for...
...tside assistance due to my fear of retaliation, loss of property...
...eing sent to AD seg or whatever else the warden can have don...
...t her discretion. Thank you for your time and prompt attention to...
...his matter. Now before I was even able to get this BP-10 mailed out...
...12-1-2020 I was called by counselor Bernard and EOM St. Clergy for 2 UD...
...ring or incident report (ex3) twelve days and two Lt. investigations later...
...called them if there was an extension memo from the warden as the UDC pack...
...passed. Both told me that the unit manager Brown was going to bring me back from...
...a warden. But after speaking with unit manager Brown she did not have any...
...ledge of said memo. The incident report was expunged. So after whatever...
...said to counselor Bernard she retaliated by issuing me another incident...
...ort for something she specifically told me to do. (ex3) I explained what...
...was told to the same unit manager Brown and was still sanctioned and...
...nd guilty. I have reported all of this to SIS and the Warden and...
...one is putting a stop to the retaliation and harassment. Again they...
...please get some intervention. Our unit has been on lockdown without...
...ones and emails for 21 days and then unit manager Brown makes all...
...my communication for incident report # 3455054. I have also...
...ached the cop-out that I sent to the warden (ex4) Unit manager Brown...
...y also be retaliating for me speaking to the warden about her.
...ist as CSM St. Clergy being the other party in the UDC hearing...
...nveniently produced a memo to "corroborate" with counselor
...Bernard...

On 11.16.20 I was returning from doing my last restroom check at 3.00pm approx. I was calling my roomate inmate Latin to come use the phone as it was our hour out. As we were walking down the stairs I heard Ms. Kullman called my name for Pill line. I took the water jug from Mrs. Latin. As we were reaching the bottom she told Latin to go back as she was calling one at a time. Latin responded "I am going for ICE". Then she proceeded to the Ice Room. (As long as there is no lines we go to the Ice room when needed (or on our hour out as well) without having to ask for permission

Statement by
Brisa D. Villareal
23967180

---

To Whom it may Concern
I was in the restroom when a conversation happened with inmate Latin and our counselor Mrs. Bernard. Inmate Latin was told to go upstairs with out going through the atrium and change her pants right side out if to wear them inside out. However Inmate Latin is not the only person in the unit who wears her clothes inside out. It is not stated in the inmate Manual of this being a rule and not allowed as well.

Thank You,
Inmate
Aodrey
Williams
#44847074

---

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

| Latin, Sherease A | 21539-047 | Madison | FPC Bryan |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

t A- INMATE REQUEST   I am requesting Administrative Remedy for staff misconduct well as retaliation from Mrs. Godwin. I have done two informal resolution as and feel that the problem is still existing. I had decided after the st informal resolution to not move forward with the process. Since that ision was made, I have been outright belittled and ... harvassed in front who whole madison unit, specifically inmate Hedspeth, by being accused Mrs. Godwin of stealing a typewriter from education (that she had brought the unit by Officer Curtis) that she conveniently forgot that she had done I have been yelled at and degraded by Mrs. Godwin, called a liar and ld that she was in the best daydreams ever while trying to have a civialzed versation to informally resolve the previous issue. In my opinion after s. Godwin was informed of the 8 1/2 her attitude towards me has become worse. rytime that I approach her for any assistance, I am told by her that whatever is that I am asking is either not her job or her responsibility. I only k her for assistance pertaining to things in the library or the law library July 21, 2020 I was in the library using one of the two white typewritters at are in the library, when she walked past the window and saw me, she opped going wherever she was going in order to come in the library, and

8-25-2020    *Sherease Latin*
DATE    SIGNATURE OF REQUESTER

Part B- RESPONSE

RECEIVED
AUG 28 2020
FPC BRYAN

---

lked right past inmate Hedspeth that was using the other white typewriter to come up to me and yell at me. She told me to take my paper out of the typewriter and to get out. I asked her why and she continued to yell and tell me that I can not do what I want to do. I was sitting in the interloan library due to there only being two available places to plug in the typewriter. I asked her why was I the only one that was not able to use the typewriter and she just kept yelling at me to get my stuff and get out. I also tried to point out the fact that inmate Hedspeth was using the exact same typewriter and was told that she is not worried about her, she is worried about me. I gathered my items and left out of the library. I walked over to the Lt. Office and asked to speak with the Captain. He came to the door and his first words to me were so what have you done now Latin. I explained to him what happened. At the same time inmate Hedspeth was leaving the library. THe Captains only response was, Hedspeth is done now so go back to the library and use the one that she was using. I have been railroaded by Mrs. Godwin, Mrs. Crawford, and Unit Manager Brown pertaining to the issues that I have had with Mrs. Godwin. I am respectfully asking to be treated in the same manner as any other inmate in this institution. I also would appreciate being treated like I am worthy of respect from Mrs. Godwin. Thank you for your time and understanding in this matter.

---

DATE    WARDEN OR REGIONAL DIRECTOR

dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

CASE NUMBER: 1043531-F1

ORIGINAL: RETURN TO INMATE    CASE NUMBER:

Part C- RECEIPT

turn to: _____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

UBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP-229(13)

BRY 1330.18
04/18/2014
Attachment A

BR 1330.18
04/18/2014
Attachment A

## FEDERAL PRISON CAMP
## BRYAN, TEXAS

### INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy (Form BP-229(13)), you **MUST** attempt to informally resolve your complaint through your Unit Counselor. Briefly state your complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Date Informal Resolution Form issued by Unit Counselor 8-14-2020 SB

Inmate Name _Sherease Latin_ Number _21539-047_ Unit _Madison_

1) **INMATE'S COMMENTS:** (Inmate MUST FILL OUT items 1, 2, 3, and signature block) I have previously tried to informally resolve this issue with no results. I am requesting a BP-9. Thank you. Belittled, embarrassed, accusations, unprofessional conduct, verbal. Godwin 07-17-2020.

2) Efforts made by inmate to informally resolve I tried speaking with Mrs. Godwin, Mrs. St. Clergy and Mrs. Brown to try to resolve the issue with Mrs. Godwin and the problem is still occuring.

3) Names of staff inmate contacted Mrs. Godwin, Mrs. St Clergy, Mrs. Brown Captain Salcido

Date returned to Unit Counselor 8-19-2020

_Sherease Latin_ Inmate Signature 21539-047 Number

**UNIT COUNSELOR'S COMMENTS:**

Efforts made to informally resolve and staff contacted An attempt to informally resolve your complaint could not be achieved.

_SB_ Signature, Unit Counselor

Date informally resolved _____
OR
Date BP-9 issued 8-21-2020

**DISTRIBUTION:**
I. If complaint is informally resolved, forward original to the Unit Secretary.
II. If complaint is **NOT** informally resolved, forward original attached to BP-9 form to the Administrative Remedy Coordinator.

---

## FEDERAL PRISON CAMP
## BRYAN, TEXAS

### INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy (Form BP-229(13)), you **MUST** attempt to informally resolve your complaint through your Unit Counselor. Briefly state your complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Date Informal Resolution Form issued by Unit Counselor 9-9-20

Inmate Name _Sherease Latin_ Number _21539-047_ Unit _Madison_

1) **INMATE'S COMMENTS:** (Inmate MUST FILL OUT items 1, 2, and signature block) I have tried to resolve this issue and there is no resolution. I am requesting for a BP-9 resolution for this concern, personal vendetta. I am requesting a BP-9. He has said he has a problem with me and is out to get me.

2) Efforts made by inmate to informally resolve Spoke with Officer Coreen as well as Mrs. Gibson, Brown, and Warden Hawkins.

3) Names of staff inmate contacted Mr. Coreen Mrs. Gibson Mrs. Brown Warden Hawkins

Date returned to Unit Counselor

_Sherease Latin_ Inmate Signature 21539-047 Number

**UNIT COUNSELOR'S COMMENTS:**

Efforts made to informally resolve and staff contacted Captain Salcido Your allegations of misconduct have been reviewed to appropriate disposition in accordance with policy. Allegations of misconduct are taken seriously, however you will not be provided further information regarding the disposition.

_R. Dennis_ Signature, Unit Counselor

Date informally resolved _____
OR
Date BP-9 issued 9-24-20

**DISTRIBUTION:**
I. If complaint is informally resolved, forward original to the Unit Secretary.
II. If complaint is **NOT** informally resolved, forward original attached to BP-9 form to the Administrative Remedy Coordinator.

---

**REJECTION NOTICE - ADMINISTRATIVE REMEDY**

DATE: MAY 1, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
SOUTH CENTRAL REGIONAL OFFICE

TO : SHEREASE ANTIONET LATIN, 21539-047
BRYAN FPC UNIT: MADISON QTR: H01-001LAD
P.O. BOX 2197
BRYAN, TX 77805

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 1016039-R1 REGIONAL APPEAL
DATE RECEIVED : APRIL 20, 2020
SUBJECT 1 : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2 : OTHER MEDICAL MATTERS
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL AT THIS LEVEL.

REJECT REASON 2: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE THAN ONE INCIDENT REPORT (INCIDENT NUMBER). YOU MUST FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 3: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE LETTER-SIZE (8.5 X 11) PAPER. TEXT ON ONE SIDE. THE TEXT MUST BE LEGIBLE.

REJECT REASON 4: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER, WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO POLICY. YOU SHOULD FILE A REQUEST OR APPEAL AT THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 5: SEE REMARKS.

REMARKS : CERT #70150640000039378361.3. YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, TEXT ON 1 SIDE. ADDRESS EACH ISSUS IN SEPARATE FILING AT INSTITUTION LEVEL FIRST

---

U.S. Department of Justice
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Latin Sherease A 21539-047 Madison FPC Bryan
LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

Part A - REASON FOR APPEAL Sensitive

I am sending this correspondence sensitive due to the feeling I am having of an unsafe environment. I am going to state each incident in detail beginning with my very first interaction with staff. I arrived to FPC Bryan on March 13, 2020. Unfortunately the day of my arrival modified operations began due to the threat of the Coronavirus, Phase I was implemented. As a new arrival I was instructed to find employment that had a facility need within for 5 days I was assigned to the Kitchen, without being medically cleared, or cleared by mental health services. I had also not had any of my medication in that time frame, resulting in mood changes as well as physical changes. I have been on physological medication

DATE _____ SIGNATURE OF REQUESTER _____

Part B - RESPONSE

DATE _____ REGIONAL DIRECTOR _____

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE CASE NUMBER: _____

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

SUBJECT: _____

DATE _____ SIGNATURE, RECIPIENT OF REGIONAL APPEAL _____

from the age of fourteen, for bipolar disorder,
mood stabilization, PTSD, and treatment for anger
management. I reported for orientation in food service
and spoke directly with MRS. Rotar concerning this
matter. Several inmates and I were advised by
MRS. Rotar that she had to let US go due to over-
crowding in the kitchen, with not enough positions
At which time MRS. Rotar stated "I will go talk to
the captain right now, so I can start signing
people out of the kitchen, making it possible TO
obtain other employment. Permission was granted
I was hired as a Madison Unit P.m. restroom
orderly on March 26, 2020. Upon speaking with
the head Unit orderly, MS. Gloria morales, I
was informed that P.m. orderlies were not provided
cleaning gloves. I was told by her to speak with
whomever I like to try and aquire gloves. As I
had previously been told by officer murray, he
is to always be our first line of communication
for any unit needs. While in search for office
murray, I encountered acting unit manager
MRS. Gibbson. At which time she assisted me,
in locating officer Murray. He was located in
Unit manager MR. Young's Office. I informed
officer Murray of the need for proper Cleanin
gloves. His response was "Johnson is acting as
safety without extra pay" then walked me
outside the unit to officer Johnson, Officer
murray told me to tell officer Johnson what
I needed. After speaking with officer Johnson
I was told by him to wait until after main
line to go to safety. As main line was wrapping
UP I approached Mr. Johnson and MR. Banks. I
was instructed to go ahead to safety when

---

our unit was called out for recreation at 1pm
I proceeded to safety and spoke with MR. Pope
about the gloves needed for the P.m. restroom
orderlies. I was informed by MR. Pope that it
was was our unit officers duty to ensure we had
proper supplies. MR. Pope then instructed me to
return to the unit and have acting unit manage
MRS. Gibbson give him a call. Upon returning to
the unit, I relayed the message to MRS. Gibbson.
Her response was "MR. Pope knows my number he
could have called me." MRS. Gibbson then also locate
MR. Johnson in the secretary's office and asked
him to try and get gloves for the orderlies. MR
Johnson said "I will speak with MR. Pope later
I then located Officer Murray to ask for
Permission to meet with MR. Perez in Laundry
at 2:30pm. to discuss a matter we had
previously spoken about. Officer Murrays
response was "I am supposed to call him bu
I don't care anymore just go." Upon returning
from laundry I was yelled at from across the
compound by a visibly hostile officer murray.
As I approached him, he asked me "How many
blankets do you have in your cell" I responde
two. He said "so when I tear your house down
thats all I will find." He then demanded that
I step into the hallway between RDAP and Madis
Units in an extremely threatening way. At which
time I stated "Yes Murray" His response was "it
Officer Murray to you, your an inmate." He then
told me I lied to him about Where I was goin
When I went to laundry. He said I told him
was going to work on compound, which made
absolutely no Since per our earlier conversatio

---

I tried explaining his misunderstanding. He
then started yelling more that I did not
tell him the truth about going to safety earlie
in the day. His tone and demeanor alerted
acting unit manager MRS. Gibbson. She then
Stepped out of her office as he was adture
toward me. I am thankful that she was
present to intervene at the time, because
Officer murray appeared very hostile and
frightening. Again while trying to respond to
officer Murray's allegations, I was told by
him to "shut my trap" I have no reason to be
talking. I then turned to MRS. Gibbson and she
tried to defuse the situation, but officer
Murray Continued to shout accusations at me,
MRS. Gibbson then asked me to sit in the
secretary's office, because she could see that
I was visably shaken from the interaction.
When MRS. Gibbson finished speaking with officer
Murray, he then pushed his way past her
into the office where I was located and
proceeded to try and apologize for his action
Combined with Officer murray's actions and
demeanor he has also made comments statin
"all criminals should be gased" as well as
"Drug dealers need to be lined up and gunned
down." I am currently serving time for a
drug charge, so I am very anxious and
fearful to even continue to be on this
compound with officer Murray. I was aske
by Mrs. Gibbson to give Officer murray a pass
with a write up due to "knowing his mental
state is not right, as well as he apologized and
he is a christian, and she doesn't believe he

---

trys to be malicious.". I then decided to
speak with Mr. Payne my unit Counselor.
He advised me to write a grievance. I explaine
to him that I did not feel comfortable writi
it at an institutional level for fear of reprise
I asked for a BP-10 Mr. Payne told me that I
could not send a sensitive BP-10 unless the
nature of the incident was sexual. I am no
aware of that being the case, from my Understan
a "sensitive" is to be used in any situation tha
I would be adversely affected if the Complaint
became known to the institution. Now as of
today, April 13, 2020, I have proof of the repris
that I was in fear of. Three days after
the incident that occurred on march 26, 2020
involving Officer Murray, I was targeted
due to Unit team, Lieutenants, and officers
gossiping about situations involving inmates, a
large part of FPC Bryan's staff was mad
aware of the interaction between myself
and officer murray. On March 29, 2020 I
was in the line at chow hall when I was
approached by Officer Oaks, whom I had nev
came in Contact with since arriving at FPC
Bryan. Officer Oaks stated "step-over here"
(pointing to the side of the line) I did as instruc
Officer Oaks then stated "I ofin do you have
more clothing then what you have on" I
responded yes she then stated "you do not
come in here mismatched, you wear grey with
grey and khaki with khaki" I responded Ok.
I had never been informed that was a
rule at anytime since my arrival. I also ha

Cont 6

The compound, after 4pm and on weekends, prior to my incident with Officer Murray. I have read the whole A+O handbook as well as every posted bulletin posted in my unit, that rule was not there. I also took what Officer Oaks said to mean NOT to mismatch in the chow hall. March 29th was also a Sunday. Later in the day I arrived at the medical building to get in pill line and was yelled at from at least 20-30ft away by Officer Oaks, who at the time was assigned to the quarantined inmates, housed in the chapel, to come here. When I approached her she asked me why I hadn't changed my clothes, I told her that I ask the Unit officer Friedrich before leaving our unit if I needed to change for pill line and was told NO I was dressed ok." Officer Oaks stated "I told you to change your clothes" which she did not. She then asked for my ID and stated I am writing you up. I gave it to her then returned to pill line. After speaking with SIS Lt. Banks about the incident I was told by him to wait for team and make them aware of the fact that it was Sunday, and that rule is not posted anywhere. At team on April 6 2020 at @ 3:10 p.m. the incident report was expunged.

Cont 7

Next I requested to be placed on common fair meals for religious reasons. That cop-out was approved on April 1, 2020. Due to being secured in our cells we go to the chow hall as a group so nearly all inmates go to the chow hall. When I arrived in the chow hall on April 1st I asked for my special diet and was informed by the religious diet inmate that it would start the following Monday, April 6, 2020. I received my first meal that day, 4-6-2020. I was served a microwave salisbury steak meal. Upon returning to the unit I made a sandwich cut it in half and realized the meat was raw. I took it down to counselor Walker to show her. I then prepared a cop-out to give to the chaplain the next day. (He has not been on the compound since the week of April 1, 2020) On April 7, 2020 I arrived in the chow hall, I explained to MRS. Harden that I received a raw meal the previous day. She instructed the special diet inmate to re-heat the meal of spaghetti and meatballs. Several times through out the week my meal as well as the 2 other ladies on special diet were not receiving our breakfast meals (which are basically the same as a regular breakfast each) On 4-10-2020 I did not receive my breakfast. I was instructed by Officer Wells to take a regular, because he didn't know why my breakfast was not sent over. I did what I was instructed. Around 45 minutes later the special diet trays were delivered. I was given mine. (Sometime before officer Wells shift ended that morning, he called over to the kitchen

Cont 8

and told whomever was present that I was, eating both regular and special diet meals.) Later that afternoon when I arrived in the chow hall, Officer Carter asked me to speak with MRS. Rotar. While we were discussing the meal situation Officer Ruiz rudely interrupted, the conversation. He stated "Your a liar I had your lunch and dinner meals left over from April 4th and 5th per the daily check sheet. I politely tried to explain to MRS. Rotar that I was told my meals would not start until April 6, 2020, in the process I was cut off by Officer Ruiz again, and told I was lying. I became embarrassed and upset, due to being degraded and yelled at in front of everyone in the chow hall. I began to shake and cry, at which time Lt. Acevedo and Officer Carter asked me to come with them, to calm down and explain what had just transpired. Officer Carter was a witness to the entire interaction. After being told by Lt. Acevedo not to worry about just occured and Officer Carter will figure out everything, later that evening I was called to the officer station by Lt. Shirley and given the attached incident report. After speaking with him, I was informed that he would further investigate the incident. It is unclear to me what Lt. Acevedo said to Officer Ruiz, but two days later I brushed Officer Ruiz's shirt sleeve while pointing out a fly on the cornbread that was on the line being served. (That he continued

Cont 9

to serve anyways.) Ruiz spun around and stated. "Don't touch me, don't you ever touch me." I then just repeated what I told the line server. There were several witnesses to this also. On 4-13-2020 I was scheduled for a video visit scheduled at 8:30 a.m. central time. My family is on Pacific standard time, so it would be 6:30 a.m. As per written instructions to inmates we are to be able to place a call 10-15 minutes prior to the video visit. I approached Officer Oaks and asked her to make said phone call at approximately 8:15 a.m. Officer Oaks said "It is not your time to be out of your room so no you can not use the phone." (my video visit is not scheduled during my hour out either.) I tried to politely explain the time difference to her and she stated "If the video is scheduled they should know." I then returned to my room. After my video visit I went to the computer to send a staff email due to my video quality being bad. I was instructed to do that by MRS. Smart (trust fund). While sending that email, Officer Oaks approached me and stated "Is it your time to be out" I politely explained to her I was told to send the email about the quality of the video. Her response was "Mrs. Smart does not run my unit I am writing you up." I responded calmly "I don't care you just keep trying to find a way to pick at me" Officer Oaks called the same Lt. that served me the first shot she wrote Lt. Reed. After we both addressed the Lt. I stated "Lt. she just continues to find reasons to pick at me

Cont 11

Officer Oaks responded "Yes cause you walk around here like you can do what you want." Lt. Reed responded "Write the shot and I will serve it." He returned less than 30 minutes later with the incident report from Officer Oaks, and Officer Ruiz. Both incident reports contain false or distorted statements.

I feel that the officers have no accountability here at FPC Bryan, so they conduct themselves however they see fit. With the hostility and false statements that I am experiencing, I feel unsafe, anxious, and on edge at all times wondering what will be the next form of reprisal, and if it will be physical in nature.

I understand that there is no possibility that the individuals will be removed form the compound, because I believe this behavior for them did not just start. My desired solution would be to be placed on a compound (Prison camp or state facility where I can complete what ever amount of time I have, without any anxiety or fear of harm or hostility.

I carry myself in a very respectful manner. Since arriving here at FPC Bryan I have not used any form of disrespect towards any staff member. As inmates at FPC Bryan we are subjected to being cursed at, belittled, as well as refused basic human respect. Administrative staff continues to tell us that as "campers"

we are to be held to a higher standard. Are staff not included in the same criteria? Per my research and questions to staff FPC Bryan, as of the year 2020 should be classified as a FCI, due to the number of inmates as well as the custody levels of some inmates. We are constantly being told having no doors makes this a camp. With that being said the FCI part of Carswell has no doors either. I have done time in an FCI and was given more respect by secretaries than what is received here by upper ranked staff members. I suffer from to many severe mental issues to be living on edge everyday. I have included said exibits with this complaint.

On 4-13-2020 I readdressed these issues with my counselor Mr. Payne and again was told my fears and concerns do not warrant a sensitive matter, and was handed two informal resolution forms. Trying to work on my appeal and deal with my anxiety from being away from home during this pandemic has me feeling like I am going to have a mental break down as it is. That is also another example of why I feel these issues will not be handled properly at an institutional level.

On 4-15-2020 upon completion of this complaint, I again approached counselor Paine

Cont 12

to ask how to obtain the needed copies to send. His response was "You will not get the complaint out of the institution without it being read." I feel that would be a direct violation of my confidentiality, due to the fact that all of this is due to staffs "gossip". I also feel that, if any part of my complaint is made aware to staff, this will add fuel to the reprisal I am already experiencing.

I appreciate your time and attention in regards to this matter.

Respectfully,

Shereas Latin

Shereas Latin
21539-047

Cont 13

04-16-2020

I completed my complaint on 04-15-2020. I ask members of unit team MRS. St. Clergy (case manager) as well as Unit Team Unit Manager MRS. Brown to escort me to make copies of my complaint in order to get it in the mail in a timely manner. My request was refused. Later in the day I asked chaplin Krohn with confidence in my privacy to help me with getting the copies. He said he would check on getting it done. Chaplin Krohn did not get back to me. Around 3pm I approached SIS Mitchell to ask if it was ok for the Chaplin to take me to make the copies, she stated "she did not see a problem with it." AND if it was not done to let her know and she would see what she could do to get it taken care of. I also spoke with Unit Officer Murray along with another inmate. He did ask unit Team as well and was told goverment



Property Could not be used for OUR Copies. I have witnessed just the ~~Other~~ last week case manager St. Clergy make copies of documents for my roommate Barbra Serna, (of legal paperwork) Mailroom Thomas asked was told no and called SIS mitchell Can pay for it myself.

---

Sensitive BP-10                    April 21, 2020
Latin, Sherease A   21537-047   AD seg   FPC Bryan

I have to apologize my paper is limited and I have not seen any member of unit team to be given the proper form. As well as my penmanship may get a little shaky due to the temperature, and my hands being about numb. I am sending this as an addendum to my previous complaint, that was mailed, last April 17, 2020. I am sending this as an ~~ex~~ statement to further acts of reprisal that I am being subjected to here at FPC Bryan. I have the full explanation written out in a rough draft. My nerve damage is on my right side and affects my hand making the writing harder. I will do a breakdown by date.

- 3.13.2020: arrived at FPC Bryan IBS Medical taken by N.P. Brazill (irritable bowel Syndrome)
- 4.15.2020: IBS Flare-up reported to med staff.
- 4.17.2020: Perscribed laxative drink delivered by nurse coleman very inappropriately. Violated Hippa rights as well as very embarrassing. Handed to me in front of roommates told to drink it all now I Done want to be going back and forth to restroom with count coming up. She returned

---

Very inappropriate

- 4.18.2020: upper left chest area left shoulder blade attributed pain ... me to take laxative that evening. They [worked]

- 4.19.2020: right hand ...

---

around hour later with refusal form. Presented it to me in front of Non-Medical staff Mrs. Pittman and in unit Common area. Mrs. Pittman commented on how and when I needed to take medication. Very inappropriate

- 4.18.2020: I started having pains in upper left chest area as well as under left shoulder blade. Nurse Brazill attributed pain to IBS Flare up. Told me to take laxatives in unit. I took them that evening. They worked

③

im taking for Hypertension is really high
and could be causing symptoms. Had me stand
& took pressure again dropped further. She
gave nurse Brazil a call, then called for
ambulance. I was escorted by officer Dowling
to E.R. Between Facility - E.R. - Facility officer
never left my side. Temperature check at
least 10-15 times. Upon release diagnosed
with vertigo. Returned to facility told by
Lt. Davis I had to spend the night in A/D
Seg for quarantine. I asked why is the officer
bring straight to the Unit if we both went to
same place, came in contact with same
people, and neither had a temp. He responded
Because she is staff and it is no different than
us going home and coming back everyday" I
then stated my point exactly. I asked to use
the phone to let my family know I was ok
and was denied. (I had made them aware earlier
that I wasn't feeling well.) I asked for my sweats
glasses and personal Hygiene items from the
Unit. Denied by Lt. Davis. I have explained
to several people several times how the low
(around 30°F feeling) temperature affects my body.
I was in shorts and a t-shirt when I went
to hospital I had to be given 3 heated
blankets and right side of body was still

④

numb. After being denied my sweats
I asked for some pants at least, an
an extra blanket. I was told by
Lt. Davis he had to ask medical about
the blanket. (Every office in this build
has a space heater in the nurses offices
they have full sized quilted blankets
on each chair. The Lt's office is in
the same building they all wear
jackets, and coats. But we are
made to be housed in these temperature
This feels like torture!!
-4-20-2020: Asked for explanation and
was told Mrs. Brown from medical
Services would be to speak with me.
She has never shown up. Asked for
personal Hygiene, Clothing, Phone again
was denied. Captain stated "you will
get your personals when you return to
the Unit in 14 days" he then walked
off. I have asked SIS Mrs. Mitchell
and Lt. Banks for remedy. Mrs.
Mitchell stated "That's above my pay
grade" and walked off. Lt. Banks
said he would check it out and
never returned. I have also addressed
my concerns with every staff member

⑤

that approaches the cell. No remedy.
-4-21-2020: As of 2pm I have asked to
speak with the Captain, SIS, and Warden
Neither have shown up. Medical staff
Mrs. Brown has not shown up either. I
have not been able to call anyone. I
was given a generic indigent hygiene pack with
no clean clothes or towels. I was brought
random paperwork from my room after I
asked for my legal paperwork. But still
no personal property, or requested OTC meds
that I am forced to use due to being
refused the needed perscription medication.
As previously stated I am in the middle of
an appeal and am being kept from working
on my legal work. I have also asked
about that. I have a legal phone call
scheduled for 4.23.2020 at 2pm I was
told there are no phones back here so
they don't know how it will happen. Also
to ask my Unit team that has not graced
us with their presents. My brief is due
in court on May 4, 2020. I have no way
to continue preparation for this, in these
conditions. Captain denied request to order
commisary stated next week. I am being punished
As I have previously stated, I was

⑥

diagnosed with several mental illnesses
I have been crying non stop, very
anxious and depressed due to
the treatment I am receiving from
administrative staff and officers
here at FPC Bryan. With this most
recent act of reprisal, I am
feeling tortured with no understand
as to why. I am being housed in an
all glass cell made to feel like a spectacle
I am asking for someone to
Please intervene. I fear that
any type of reprimand to staff
while I am on this compand
will cause further torment.

Again I appreciate your time and
attention in regards to this matter.

Respectfully,

Sherease Latin
Sherease Latin
21539-047

With Ramadan approaching on 4.23.2020 I feel that my dietary needs will not be met in these current conditions. I have no restrictions as to ordering the items needed from Commisary. I am just being refused the option. Upon arriving here I have been denied my religious needs. I have been very patient and have tried to work around what I can. Now I am just feeling that they are being outright denied.

- Have asked for religious materials
  - Prayer rug
  - Hijab
  - Meals
  - Ramadan needs
  - Prayer oils

I am feeling ostracized for my religious beliefs.

**INCIDENT REPORT**

BP-A0288
JAN 17

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

Part I – Incident Report

| | |
|---|---|
| 1. Institution: FPC BRYAN | Incident Report Number: 3425426 |
| 2. Inmate's Name: LATIN, Sherease Antionet | 3. Register Number: 21539-047 | 4. Date of Incident: 08/17/2020 | 5. Time: 3:45 pm |
| 6. Place of Incident: M01-23 | 7. Assignment: M1 Orderly WKD | 8. Unit: Madison |
| 9. Incident: Being in an Unauthorized Area | 10. Prohibited Act Code (s): 316 |

11. Description of Incident (Date: 08/17/2020 Time: 3:45 pm Staff became aware of incident):
On the date and time listed above I, Unit Manager L. Brown was conducting rounds in Madison housing unit. I went into cell M01-23 and observed inmate Latin, Sherease Antionet #21539-047, sitting in a chair crocheting. I asked why inmate Latin, why are you in here? She replied, I moved in here. Inmate Latin is currently assigned to cell M02-552L. I positively identified inmate Latin using TRUSCOPE. According to the posted unit rules and regulations, inmates are prohibited from entering another inmate's room. Inmate Latin was in an unauthorized area.

| 12. Typed Name/Signature of Reporting Employee: L. Brown | 13. Date And Time: 08/17/2020 4:22pm |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): W. Williamson LT / G.N. | 15. Date Incident Report Delivered: 8-17-2020 | 16. Time Incident Report Delivered: 1855 |

Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:
I was in the room. My friend Wes upset about her father's Birth day. Rehearing: "this didn't know at that time I moved and that was having a bad day so I ... to comfort inmate only in her cell for a min ... out directly for I/R ... for to tell you that I ...

18. A. It is the finding of the committee that you:
☐ Committed the Prohibited Act as charged.
☐ Did not Commit a Prohibited Act.
☐ Committed Prohibited Act Code (s):
Hearing: ☐ The Committee is referring the Charge(s) to the DHO for further Hearing. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

Rehearing 9-10-2020 @ 1540 ...

19. Committee Decision Is Based on Specific Evidence as Follows:
Inmate stated she was in the room ...

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):
30 days phone restrictions ...
to add/recommend sanctions ...

21. Date and Time of Action: 8/18/20 pm (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

| Chairman (Typed Name/Signature): W. Crawford LT | Member (Typed Name): D. Daniels Mtp Rehearing 9-10-2020 White Pike |

Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY-3-Inmate within 24 hours of Part I Preparation

---

INMATE REQUEST TO STAFF

BP-S148.055
JUNE 10

U.S. DEPARTMENT OF JUSTICE                                                                                 FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mrs. Brown | DATE: 10/8/2020 |
| FROM: S. Latin | REGISTER NO.: 21539-047 |
| WORK ASSIGNMENT: Unit orderly | UNIT: Madison |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to retract my BP-9 for the Appeal for Incident Report # 3425426 Re-Hearing Based on the report being Expunged as of 10/6/2020. Thank you

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
PDF                              Prescribed by P5511
                                 This form replaces BP-148.070 dated Oct 86
                                 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

---

BP-A0288
JAN 17

**INCIDENT REPORT**

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

Part I – Incident Report

| | |
|---|---|
| 1. Institution: FPC BRYAN | Incident Report Number: 3469127 |
| 2. Inmate's Name: LATIN, Sherease Antionet | 3. Register Number: 21539-047 | 4. Date of Incident: 01/25/2021 | 5. Time: 11:02 am |
| 6. Place of Incident: Madison Phone Station 5551 | 7. Assignment: Unit Orderly | 8. Unit: Madison |
| 9. Incident: Being in an Unauthorized Area Refusing to Obey an Order | 10. Prohibited Act Code (s): 316/307 |

11. Description of Incident (Date: 1/25/2021 Approx. Time: 11:02 am Staff became aware of incident):
On the date and time listed above I, Officer L. Brown conversing on the telephone in Madison housing unit, I stated to inmate LATIN, 'this is group 1 time, you are not assigned to group 1. Get off the telephone." Inmate LATIN stated, "Yes Ma'am, it's group 1 phone time." Minutes later, I came back by the telephone station and inmate LATIN was still conversing on the telephone. I then stated, "get off the telephone now. You're going to have it taken again." Inmate LATIN got off the telephone. According to the posted schedule it was group 1 (cells 10-23) time for showers, telephones and e-mails. Inmate LATIN is assigned to group 3 (cell M02-551L). She did not have authorization from the Officer to be conversing on the telephone. She is in violation of code 316 Being in an Unauthorized Area and Code 307, Refusing to Obey an Order.

| 12. Typed Name/Signature of Reporting Employee: L. Brown | 13. Date And Time: 01/26/2021 11:25 am |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): P. Melendez LT | 15. Date Incident Report Delivered: 1-26-2021 | 16. Time Incident Report Delivered: 11:00 Am |

Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:
She did not call any group time. When my groups are being Stated and I am being disturbed ...
the phones are ...

18. A. It is the finding of the committee that you:
☒ Committed the Prohibited Act as charged.
☐ Did not Commit a Prohibited Act.
☐ Committed Prohibited Act Code (s):
Hearing: ☐ The Committee is referring the Charge(s) to the DHO for further Hearing. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision Is Based on Specific Evidence as Follows:
Based on staff observing inmate Latin on phone and supporting ...

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):
30 days loss of phone Start 1/28/21 Restore 2/26/21
30 days loss of comm Start 1/26/21 Restore 2/25/21

21. Date and Time of Action: 1/28/21 25 pm (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

| Chairman (Typed Name/Signature): V. Mason / Ma | Member (Typed Name): Stayer | Member (Typed Name): B. Blunt |

Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY-3-Inmate within 24 hours of Part I Preparation

---

BP-A0288
JAN 17

**INCIDENT REPORT**

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

Part I – Incident Report

| | |
|---|---|
| 1. Institution: FPC BRYAN | Incident Report Number: 3454445 |
| 2. Inmate's Name: LATIN, Sherease Antionet | 3. Register Number: 21539-047 | 4. Date of Incident: 12/08/2020 | 5. Time: 3:40 pm |
| 6. Place of Incident: Unit Manager's Office | 7. Assignment: Unit Orderly | 8. Unit: Madison |
| 9. Incident: Insolence Towards Staff Member | 10. Prohibited Act Code (s): 312 |

11. Description of Incident (Date: 12/08/2020 Approx. Time: 3:40 pm Staff became aware of incident):
On the date and time listed inmate LATIN, Sherease Antionet #21539-047, was observed by me after her UDC Hearing waiting for a copy of her incident report when she stated, "really, Ms. Brown," I responded, "Yes." Inmate Latin looked at me and stated, "This is fucking crazy. Why don't y'all get me off this yard?" I immediately gave Inmate LATIN a direct order to get out of my office. She continued to stand in the middle of my office talking. I then gave her another direct order to leave my office. Inmate LATIN reluctantly complied.

| 12. Typed Name/Signature of Reporting Employee: L. Brown | 13. Date And Time: 12/08/2020 4:22pm |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): W. Williamson LT / G.N. | 15. Date Incident Report Delivered: 12-8-2020 | 16. Time Incident Report Delivered: 2014 pm |

Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:
I apologized to her and we discussed it. accurate information

18. A. It is the finding of the committee that you:
☒ Committed the Prohibited Act as charged.
☐ Did not Commit a Prohibited Act.
☐ Committed Prohibited Act Code (s):
Hearing: ☐ The Committee is referring the Charge(s) to the DHO for further Hearing. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision Is Based on Specific Evidence as Follows:
Finding of guilt based on admission + weight of UM's statement.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):
Loss of privilege 60 days on telephone

21. Date and Time of Action: 12-11-2020 1:50 pm (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

| Chairman (Typed Name/Signature): K. Filzey / ISP | Member (Typed Name): D. Daniels Mtp |

Expunged

MRS. Moscow ... 1/8/21 @ 3:15 pm

Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY-3-Inmate within 24 hours of Part I Preparation

## Top Left

ADMINISTRATIVE REMEDY WITHDRAWAL

I, Therese Latin, Register Number 2539-047, by my signature,

request Administrative Remedy Number 1060865-F1 in reference

to UDC Incident Report #3456445          Expunged

be

withdrawn. This matter has been informally resolved and I understand by submitting this

request, I cannot file in the future concerning this Incident. I acknowledge that my

withdrawal of this Administrative Remedy is not the result of influence on the part of any

staff member of the Bureau of Prisons.

_____          1/22/21
Inmate Signature                 Date

_____          1/22/21
Staff Witness                    Date

## Top Right

JAN 17

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

INCIDENT REPORT

Part I – Incident Report

| 1. Institution: FPC Bryan | | | Incident Report Number: 3437007 |
|---|---|---|---|
| 2. Inmate's Name: Latin, Sherease | 3. Register Number: 21538-047 | 4. Date of Incident: 09-29-2020 | 5. Time: 11:00 am |
| 6. Place of Incident: Video Visit | | 7. Assignment: Weekend Orderly | 8. Unit: Madison |
| 9. Incident: Use of telephone for abuses other criminal: Conduct disruptive to the security of the Institution | | 10. Prohibited Act Code (s): 299 most like a 297 | |

11. Description of Incident (Date: 09/29/2020 __ Time: 6:40 pm.) Staff became aware of incident:
On 03/29/2020, at 11:00 am inmate Latin, Sherease #21539-047 made a video call to Tony Williams. While on the call at 11:07 am inmate Latin states to him "As soon as you can call them." Tony Williams states as soon as I park I will call. At 11:11 am Tony Williams picks the vehicle and ask "Who am I supposed to call?" Inmate Latin states "call DSHS." Tony Williams picks up another phone and proceeds to look for the number and calls out several numbers to inmate Latin and she tells him which one to call, while doing this he is still on video call with inmate Latin and places the other phone call on speaker then the phone he has in his hand, he calls 877-501-2233. Inmate Latin tells him after he places the call which numbers to press. She gives him her social security number and he puts it in. Inmate Latin states we have to see how long the hold time is because we don't have much time. Once the recording said the hold time was 4 mins inmate Latin asked we have 8 mins left. At 11:20 am a lady answers the phone inmate Latin immediately starts talking to the lady, inmate Latin identifies herself as Sherease Latin and states she "Would like to do a phone interview and renewal." The lady on the phone then states let me get you over to a worker, then comes back and says it is a little bit of a wait. Inmate Latin ask "Can I schedule it for tomorrow I don't have that long to wait?" The lady tells her she can call back at 8 am in morning if she wanted to then places inmate Latin on hold. At 11:23 am Tony Williams ask if she wanted him to hang up. Inmate Latin states "Yes we will get it done first thing in the morning." At no time did Tony Williams speak to anyone on the second phone, he only held the phone up so inmate Latin could hear and talk on the phone.

| 12. Typed Name/Signature of Reporting Employee: K. Daniels / [signature] | | 13. Date And Time: 09/29/20 7:40 pm | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By: L.Richardson [signature] | 15. Date Incident Report Delivered: 9-29-20 | 16. Time Incident Report Delivered: 8:30 pm | |

Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you ___ Committed the Prohibited Act as charged; ___ Did not Commit a Prohibited Act. ___ Committed Prohibited Act Code (s)

Hearing.    The Committee is referring the Charge(s) to the DHO for further
The Committee advised the inmate of its finding and the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____    (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature:)          Member (Typed Name):          Member (Typed Name):

Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

## Bottom Left

BP-S148.055    INMATE REQUEST TO STAFF    CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) SIS Mitchell | DATE: October 20, 2020 |
|---|---|
| FROM: Sherease Latin | REGISTER NO.: 21539-047 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: Madison |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On or around August 26, 2020, I spoke with you about a conversation that took place between Mrs. Daniels and I in regards to me calling her a "bitch" during one of my video visits. I explained to you that I was called to her office with the impression of being interviewed for a position on the beyond the fence team. When I arrived in her office the conversation was pertaining to my video visit only. Mrs. Daniels stated "so how do you want to start this conversation" twice. Then stated "you know all videos, phones, and emails are monitored". I answered "yes". After I acknowledged that I knew what she was talking about she then stated, "another staff member brought it to my attention that you called me out of my name on your video visit, and I don't appreciate being called out of my name". After this I spoke with you about the situation and was told that she was personalizing the matter. I am just asking for verification of me reporting the conversation to you. Thank you for your time and assistance with this matter.

ASK SIS Mitchell to sign on 11-5-2020 was told to re write and change the statement she made to me she seemed like she was Personalizing
___ Do not write below this line ___

DISPOSITION: Emailed MS. mitchell on 11-9-2020 to return to unit for signature with no response. Statement can be Verified By SIS MItchell as well as with Captain Salcido.

_____          _____
Signature Staff Member            Date

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)       and BP-S148.070 APR 94

## Bottom Right

Regional Administrative Remedy Appeal

If more attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted

| Latin, Sherease | 21539-047 | Madison | FPC Bryan |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A - REASON FOR APPEAL   I am appealing the DHO sanction for incident report No. 3437007, based on the following 1) The prohibited act I was accused of was in violation of my rights per the A&O Handbook. Please see (ex. 1) I was not informed of any policy or rule pertaining to video visits. The only thing I have access to is the A&O Handbook and the disclaimer listed when logging in to the video system. There in no rule listed in either place stating that call is not to be made during a video visit. I conducted a search of the program statement as well as the A&O Handbook on September 26, 2020 to make sure that I was not committing a prohibited act. Due having to select prompts in the call I asked my husband which number to call for me. I also asked him for assistance in making the call just help him call, he also legal calls that per program statement should be given at least one a week during court procedures. they have not been provided. There was no circumventing (to foul, mislead, or deceive) being committed. The whole conversation was heard and recorded, as well as written on the incident report in verbatim. The issuing employee violated policy 5270.09 (541.2) principles (c) To control inmate behavior in an impartial and consistent manner. d) Disciplinary action may not be capricious or retaliatory. Consistency was not upheld due to inmates committing prohibited acts that are listed in policy while on video visits, and instead receiving an incident report they were given nor one but two warnings in the form of a town hall meeting conducted by Unit Manager Brown, Counselor Daniels, and CMS Mr. Clergy on September 6, 2020, and then an announcement over the PA System by Mrs. Sr. Clergy on October 12, 2020, and still to this day done so incident reports have been issued. I feel that Mrs. Daniels issued the incident report due to me calling her a "bitch" during one of my video visits. Please see (ex. 2) I presented these facts and evidence at the time of my DHO hearing and was still found guilty, and sanctioned excessively for having a clean disciplinary record. Based on these

_____          _____
DATE                              SIGNATURE OF REQUESTER

Part B - RESPONSE

_____          _____
DATE                              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE                          CASE NUMBER: ___

Part C - RECEIPT

                                                    CASE NUMBER: ___

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          _____
DATE                              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Attachment I

facts and situations. I respectfully ask to have incident report no. 3437607 expunged. When I sent to the warden before filing this matter, I said I sent to the warden before filing ID. "Good evening Warden Hawkins, I am respectfully asking for review of the DHO hearing that was conducted on Oct 15, 2020 at _ A.m. for incident report # 3437607. Per program statement 5270.09, Cha 541.8(I). You may review the DHO hearing to ensure substantial Compliance with the provisions of the disciplinary process. I was called to the DHO hearing by secretary Pennington. I was not afforded the 24hr notice that I requested and have a right to. I was not given sufficient time to confer with my staff rep due to me. Potts waiting. While my hearing was in progress I was asked to step out of the room after Captain Salcido came me to the room. I feel that Mr. Potts was not an impartial party due to the conversation that took place between him, the Captain and secretary Pennington. I believe Mr. Potts decision was based solely on our conversation, and not the actual evidence and defense presented. I was Sanctioned in excess based on having a clear disciplinary record. I made me. I brought the fact that there is unioned staff knowing. I brought the fact that there is 159 policy stating what I was given an incident report for 159 prohibited act. I also made mr. Potts and the UDC officer aware of the retaliatory nature of the incident report itself. (I called t the RS. Daniels which on one of my video visits and she made it a personal vendetta). I spoke with SIS Mitchell as well as captain Salcido about URS. Daniels personalization of the matter after I was contacted by her. thank you for your time and attention to this matter. The response I received from the warden Copy-out is to file a BP-10. I have included copies of the copy-out that was given to SIS Mitchell by myself, that I have been emailing and asking for her to Come back to the unit and sign (ex.2), with no response. I sent the email to the warden on 10-20-2020, I did not receive a response until 11-9-2020. I have also asked the Unit team is to help us out with copies. Counselor Bernard stated the Unit team is to help us out with copies. Counselor Bernard also acting in a retaliatory nature due to me assisting my inmate in the dismissal of a trumped up, frivolous incident report that counselor Bernard Sanctioned her by counselor Daniels (am person to issue incident report). I again asked her for copies on 11-12-2020 I was told 35 to 15 cents for copies that because of my account not being able to be debited on 11-5-2020 for 35.15 is on DHO copies for me anymore. Yes I have several hund in my savings account but based on policy I should have been paid the prison already, 11-6-2020 is the first Friday before the 10th the month, so that was not an error on my part. The institution is not paid until 11-10-2020. Trust Fund debited my account on 11-12 explained to counselor Bernard that I have time Sensitive Papers are it holds. Not making the copies and to put them in my fale work not making the copies and to put them in my fale work as 11-12-2020 I still have not received my DHO packet and have asked unit manager Brown for it.

---

**U.S. DEPARTMENT OF JUSTICE**    **INCIDENT REPORT**    **FEDERAL BUREAU OF PRISONS**

**Part I - Incident Report**

| 1. Institution: FPC Bryan | | | Incident Report Number: 3455054 |
|---|---|---|---|
| 2. Inmate's Name LATIN, Shorease | 3. Register Number 21539-047 | 4. Date of Incident 12-03-2020 | 5. Time 11:55 A.M. |
| 6. Place of Incident M02-551LL | 7. Assignment Orderly | 8. Unit MADISON | |
| 9. Incident Refusing to Obey an order Being untidy | | 10. Prohibited Act Code(s) 307, 330 | |

11. Description of Incident (Date: 12/03/2020 Time: 11:55 a.m. Staff became aware of incident)

On December 3, 2020, at approximately 11:55 a.m., I, Counselor S. Bernard while conducting unit rounds witnessed inmate Latin, Shorease, Register Number 21539-047, enter restroom 4 wearing her commissary sweat top and bottom clothing inside out. Inmate LATIN was given a verbal warning and refused to obey a direct order on November 12, 2020, to not wear her clothing inside out which is being untidy and alters her appearance. She told me, not to change in my room to Change in restroom upstairs, Do not walk through Atrium. I do not understa I did exactly what she told me to do. Also there is nothing in program statement saying I can not wear my sweats inside out. They are not altered

| 12. Typed Name/Signature of Reporting Employee S. Bernard | 13. Date And Time 12/03/2019 2:30 P.M. |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type And Print Staff Name) | 15. Date Incident Report Delivered 12/3/2020 | 16. Time Incident Report Delivered 7:45p |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident

She told me not to change in my room, do it in the bathroom. It's not in the handbook and my clothing are not altered

| 18. A. It is the finding of the committee that you: | B. | The Committee is referring the Charge(s) to the DHO for further Hearing. |
|---|---|---|
| [ ] Committed the Prohibited Act as charged. [ ] Did not Commit a Prohibited Act. [ ] Committed Prohibited Act Code(s) | C. | [X] The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days. |

19. Committee Decision is Based on Specific Evidence as Follows

Based on information in Section 11, attached documentation that inmate latin was seen direct order (not to wear her clothing inside/out) but refused to she made same to latin

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate Committed prohibited act):

Loss of Phone + Email for 30 days starting 12/4/2020

| 21. Date And Time Of Action 12/4/2020 0913 | (The UDC Chairman's signature certifies who sat on the UDC and the completed report accurately reflects the UDC proceedings.) |
|---|---|
| V. Brown Chairman (Typed Name/Signature) | K. Daniel K.D. Member (Typed Name) | Member (Typed Name) |

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up.
DISTRIBUTE: ORIGINAL-Central file record; COPY-2- Inmate After UDC Action; COPY-3- Inmate within 24 hours of Part I Preparation.

PDF    Prescribed by P5270    Replaces BP-A288 of AUG 11

---

**BP-A0288**
JAN 17
**U.S. DEPARTMENT OF JUSTICE**    **INCIDENT REPORT**    **FEDERAL BUREAU OF PRISONS**

**Part I - Incident Report**

| 1. Institution: FPC Bryan | | | Incident Report Number: |
|---|---|---|---|
| 2. Inmate's Name Latin, Shorease | 3. Register Number 21539-047 | 4. Date of Incident 11/16/2020 | 5. Time 3:00 PM |
| 6. Place of Incident Madison Unit Common Area | 7. Assignment ORD WKD MA | 8. Unit M02-551L | |
| 9. Incident Refusing to obey an order, Unauthorized Area | | 10. Prohibited Act Code(s) 307, 316 | |

11. Description of Incident: 11/16/2020 _ 3:00 pm Staff became aware of incident

While conducting pill line in Madison Unit, I Mrs. Kulman gave inmate Latin, Shorease #21539-047, a direct order to stay in her pill call called for pill line, inmate Latin then proceeded to leave her room and go to the ice machine without permission. Inmate Latin was again given a direct order by myself to return to her room, inmate Latin said "I ain't gonna do that". END REPORT.

| 12. Typed Name/Signature of Reporting Employee M. Kulman | 13. Date And Time 11/16/2020 11:57 AM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type And Print Staff Name) W. Williamson | 15. Date Incident Report Delivered 11/16/2020 | 16. Time Incident Report Delivered |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident



| 18. A. It is the finding of the committee that you: | B. | The Committee is referring the Charge(s) to the DHO for further Hearing. |
|---|---|---|
| [ ] Committed the Prohibited Act as charged. [ ] Did not Commit a Prohibited Act. [ ] Committed Prohibited Act Code(s) | C. | [ ] The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar |

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and recommendation if referred to DHO (Contingent upon DHO finding committed prohibited act):

| 21. Committee action of Action: accurately reflects the UDC proceedings. | (The UDC Chairman's signature certifies who sat on the UDC and the completed report |
|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3 Inmate within 24 hours of Part I Preparation

PDF    Prescribed by P5270    Replaces BP-A0288 of AUG 11

---

**BP-A0288**
JAN 17
**U.S. DEPARTMENT OF JUSTICE**    **INCIDENT REPORT**    **FEDERAL BUREAU OF PRISONS**

**Part I - Incident Report**

| 1. Institution: FPC Bryan | | | Incident Report Number: 3450737 |
|---|---|---|---|
| 2. Inmate's Name Latin, Shorease | 3. Register Number 21539-047 | 4. Date of Incident 11/16/2020 | 5. Time 3:00 PM |
| 6. Place of Incident Madison Unit Common Area | 7. Assignment ORD WKD MA | 8. Unit M02-551L | |
| 9. Incident Refusing to obey an order, Unauthorized Area | | 10. Prohibited Act Code(s) 307, 316 | |

11. Description of Incident: 11/16/2020 _ 3:00 pm Staff became aware of incident

While conducting pill line in Madison Unit, I Mrs. Kulman gave inmate Latin, Shorease #21539-047, a direct order to stay in her pill call unit called for pill line, inmate Latin then proceeded to leave her room and go to the ice machine without permission. Inmate Latin was again given a direct order by myself to return to her room, inmate Latin said "I ain't gonna do that" and proceeded to the ice machine. END REPORT. This is a re-write.

| 12. Typed Name/Signature of Reporting Employee M. Kulman | 13. Date And Time 11/23/2020 3:24 PM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type And Print Staff Name) W. Williamson | 15. Date Incident Report Delivered 11/23/20 | 16. Time Incident Report Delivered 5:15 pm |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident

| 18. A. It is the finding of the committee that you: | B. | The Committee is referring the Charge(s) to the DHO for further Hearing. |
|---|---|---|
| [ ] Committed the Prohibited Act as charged. [ ] Did not Commit a Prohibited Act. [ ] Committed Prohibited Act Code(s) | C. | [ ] The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days |

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and recommendation if referred to DHO (Contingent upon DHO finding committed prohibited act):

| 21. Date and Time of Action: accurately reflects the UDC proceedings. | (The UDC Chairman's signature certifies who sat on the UDC and the completed report |
|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3 Inmate within 24 hours of Part I Preparation

PDF    Prescribed by P5270    Replaces BP-A0288 of AUG 11

## Top Left — Incident Report

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE     FEDERAL BUREAU OF PRISONS

**Part I - Incident Report**

| 1. Institution: FPC Bryan | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name: Latin, Sherease | 3. Register Number: 21539-047 | 4. Date of Incident: 7-2-2020 | 5. Time: 10:05 A.M. |
| 6. Place of Incident: Madison Unit | 7. Assignment: AM Orderly Madison | | 8. Unit: Madison |

9. Incident: Being in an unauthorized area

10. Prohibited Act Code(s): 206, 316

11. Description of Incident (Date: 7-2-2020   Time: 10:05 a.m. Staff became aware of incident):

While conducting rounds in Madison unit, on July 2nd, 2020, I was standing on the second tier of Madison Unit. I noticed Inmate Latin, Sherease #21539-047, walk into room #23 from the lower tier bathroom next to room #23. Inmate Latin is assigned to room #55. I then noticed Inmate Latin take a chair from room #23, sit at a desk next to the bathroom and proceeded to go through random papers. I walked over to Inmate Latin and asked her what she was doing, she stated "I am doing paperwork to submit to the Warden". I gave Inmate Latin an order to go back to her room, she was not allowed to be out during this designated time. She refused and stated "I'm going to do this paperwork". I gave Inmate Latin a second order to go to her assigned room. Inmate Latin began gathering her belongings and stated "oh don't worry, I'm gonna get ya". I asked Inmate Latin if that was a threat and she stated "oh no, I'm putting you on a list, I'm gonna get you too". I took a step back as I was a threat to my person and the inmate appeared to be agitated while gathering her belongings. I confiscated the chair that she was utilizing and she proceeded upstairs to her room. Inmate Latin was found to be out of bounds and threatening a staff member.

| 12. Typed Name/Signature of Reporting Employee: L.Green   Z. Ay | | 13.Date And Time: 7-2-2020 11:45 A.M. |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15 .Date Incident Report Delivered: 7-2-2020 | 16. Time Incident Report Delivered: 2:10 P |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
    Committed the Prohibited Act as charged.
    Did not Commit a Prohibited Act.
    Committed Prohibited Act Code(s).

B.   The Committee is referring the Charge(s) to the DHO for further Hearing.

C.   The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature)    Member (Typed Name)    Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed are voided by staff.

*Expunged*

## Top Right — Incident Report

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE     FEDERAL BUREAU OF PRISONS

**Part I - Incident Report**

| 1. Institution: FPC Bryan | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name: - Latin, Sherease | 3. Register Number: 21539-047 | 4. Date of Incident: 9-9-2020 | 5. Time: 10:45 |
| 6. Place of Incident: Madison Restroom 1 | 7. Assignment: M1 ORD WKD | | 8. Unit: Madison |

9. Incident: Being in unauthorized area, refusing to obey an order of any staff member

10. Prohibited Act Code(s): 316,307

11. Description of Incident (Date:9-9-2020   Time: 10:45 a.m. Staff became aware of incident):

While assigned as Madison unit officer, I, Senior Officer Green, was conducting mainline for Madison Unit. Inmate Hedspeth, Timaiki (# 19023-470) entered Madison unit and proceeded to converse with Inmate Latin, Sherease (#21539-047) and Inmate Santagata, Cynthia (#15508-062) in front of the telephone area. I gave a direct order to the inmates to go back to their assigned rooms in preparation for mainline. Inmate Latin stated to Inmate Santagata and Inmate Hedspeth "let us go finish our conversation in the bathroom". They proceeded to walk over to restroom 1 in Madison unit, converse with one another, and disobeyed the direct order I gave back to their assigned rooms. I proceeded to run mainline and notified all groups to exit the unit while witnessing Inmate Hedspeth, Latin, and Santagata talking to each other in restroom 1. Once the unit was clear of inmates, I walked over to the restroom and witnessed the inmates exiting the bathroom. The inmates disobeyed an order by not going back to their assigned rooms and proceeded to an unauthorized area to converse with one another.

| 12. Typed Name/Signature of Reporting Employee: L.Green   Z. Ay | | 13. Date And Time: 4-9-20   12:55 P.m |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): W. Williamson LT / w.w | 15 .Date Incident Report Delivered: 9-9-2020 | 16. Time Incident Report Delivered: 1412 pm |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
    Committed the Prohibited Act as charged.
    Did not Commit a Prohibited Act.
    Committed Prohibited Act Code(s).

B.   The Committee is referring the Charge(s) to the DHO for further Hearing.

C.   The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature)    Member (Typed Name)    Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed are voided by staff.

*Expunged*

## Bottom Left — Request for Administrative Remedy

BP-229(13)
U.S. DEPARTMENT OF JUSTICE     **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Latin, Sherease    21539-047    Madison    FPC Bryan
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

On July 2, 2020, I was given an Incident report by Officer Green. The incident report was completely falsified, and proven by way of review of the unit cameras. The incident report was given in retaliation for myself and two other inmates reporting him to SIS for racist behavior the day before. I was made aware of Officer Green having knowledge of our conversation with SIS, by unit team. Two out of three of us were given fabricated incident reports. (exhibits inclosed). Now on September 9, 2020, Officer Green has written another falsified incident report. After having a conversation with this where he stated "I have a problem with you and I know I shouldn't but I do so I am still giving you an incident report". Later in the day I spoke with another staff member that confirmed Officer Green has made similar statements about being out to get me to other staff for the formerly mentioned incident report being thrown out. With Officer Green's fixation with his dislike of me and being so determined to enhance or falsify incident reports, I am worried about what his next actions will be. He walks around the unit glowering and acting like he is some type of military soldier. I am truly fearful to even be in his presence. I am respectfully asking to have one of us removed from Madison Unit. I also would appreciate limited or no interaction with Officer Green. Thank you for your time and attention to this matter.

9-24-2020     _Sherease Latin_
       DATE      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
SEP 25 2020
FPC BRYAN

_____ DATE _____    WARDEN OR REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 1099246-F1

**Part C– RECEIPT**
    CASE NUMBER: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

RECIPIENT'S SIGNATURE (STAFF MEMBER)

## Bottom Right — Incident Report

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE     FEDERAL BUREAU OF PRISONS

**INCIDENT REPORT**

**Part I - Incident Report**

| 1. Institution: FPC Bryan | | Incident Report Number: 3457569 | |
|---|---|---|---|
| 2. Inmate's Name: Latin, Sherease | 3. Register Number: 21539-047 | 4. Date of Incident: 12/19/2020 | 5. Time: 9:40p |
| 6. Place of Incident: Madison Unit Room 55 | 7. Assignment: Food Svc | | 8. Unit: Madison |

9. Incident: Possession of anything not authorized.

10. Prohibited Act Code(s): 305

11. Description of Incident (Date: 12-19-2020   Time: 9:40 pm   Staff became aware of incident):

On 12/19/2020, at approximately 9:40PM, I P. Harden conducted a cell search of Madison Unit room 55. I discovered contraband in the possession of Inmate Latin, Sherease # 21539-047. I identified this locker to belong to inmate Latin by observing a medication bottle prescribed to her by name and register number. Inmate Latin had contraband items that consisted of 2 Water bottles, 3 vitamin bottles filled with a liquid substance that smelled of bleach, and several square sheets of foil. I also discovered contraband in an extra locker in the room which consisted of fresh fruit, dry milk, prepackaged pastries, sandwich bags filled with butter patties, and packages of syrup, which inmate Latin stated to be her items. Per Warden's memo only items that are to be stored in extra locker are to be Hobby craft items.

| 12. Typed Name/Signature of Reporting Employee: P.Harden / _PH_ | | 13. Date And Time: 12/20/2020 / 3:16PM |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): Leichardson / _sig_ | 15 .Date Incident Report Delivered: 12-20-20 | 16. Time Incident Report Delivered: 4:16pm |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
    _Thrown out - complete lie!!_ Committed the Prohibited Act as charged.
    Did not Commit a Prohibited Act.
    Committed Prohibited Act Code(s).

B.   The Committee is referring the Charge(s) to the DHO for further Hearing.

C.   The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature)    Member (Typed Name)    Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed are voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

WD     Prescribed by P5270     Replaces BP-A0288 of AUG 11

**Part III - Investigation**

22. Date And Time Investigation Began

BRY 1330.18
04/18/2014
Attachment A

FEDERAL PRISON CAMP
BRYAN, TEXAS

INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy (Form BP-229(13)), you MUST attempt to informally resolve your complaint through your Unit Counselor. Briefly state your complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Date Informal Resolution Form issued by Unit Counselor __SB 1-9-2021__

Inmate __Sherease Latin__ Number __21539-047__ Unit __Madison__

1) INMATE'S COMMENTS: (Inmate MUST FILL OUT items 1, 2, 3, and signature block) I feel the situation with MRS. Harden can not be informally resolved she wrote an incident report that is false and frivolous. I am requesting a BP-9

2) Efforts made by inmate to informally resolve
Spoke with MRS. Harden after room search and was not told I would be receiving an incident report especially for items not in my locker.

3) Names of staff inmate contacted __MRS. Harden__

Date returned to Unit Counselor __1-14-202T__ staff not here on date inmate wrote
Received 1-12-2021 S. BER___

__Sherease Latin__                    21539-047          FPC BRYAN
Inmate Signature                        Number

UNIT COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted __1-13-2021__
An attempt to informally resolve your grievance is unsuccessful.

Date informally resolved
OR
Date BP-9 issued __Sept-13-2021__         Signature, Unit Counselor

DISTRIBUTION:
I.   If complaint is informally resolved, forward original to the Unit Secretary.
I.   If complaint is NOT informally resolved, forward original attached to BP-9 form to the Administrative Remedy Coordinator.

---

U.S. DEPARTMENT OF JUSTICE                    REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

_Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse._

From: __Latin, Sherease A  21539-047  Madison__
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.    UNIT    INSTITUTION

Part A– INMATE REQUEST I am writing this BP-9 for the falsified incident report # 3459569. During the 1st search was Harden did an discover bleach or salt in my locker. Bleach is issued to us during covid lockdown and was in a spray bottle under the was 1 water bottle in the same area used to fill the spray bottle. There were no vitamin bottles with any type of liquid in them. I am not the only person in the room so I am confused as to how I received an incident report for a extra locker. Also the items listed are all food items that come to us on meal trays. None of the items were in excess. All of the items were as permitted to have as they were not Perishable. When I cried explaining this to Lt Harden she rolled her eyes and stated "what's your statement I know you have one." Unit officers do room searches daily finding the same items, with no incident reports issued. This is also another documentation of the targeting and harassment I am being subjected to. I would like to have this type of treatment stopped. Thank you for your time and attention to this matter.

__1-13-21__                    __Sherease Latin__
DATE                         SIGNATURE OF REQUESTER

Part B– RESPONSE

_____
DATE                                         WARDEN OR REGIONAL DIRECTOR

_If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response._

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

_____
Part C– RECEIPT                                    CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

---

SPECIFIC DUTIES BY AREA
COVID-19 EXTRA SANITATION

| Orderly | Reg # | Assigned Tasks | Schedule |
|---|---|---|---|
| Obrego, Abigail | 96632-380 | Sanitizing door knobs | Mon-Fri 7:30 am - 3:30 pm |
| Sollums, Karley | 29730-480 | Front Lobby/Telephones | Mon-Fri 7:30 am - 3:30 pm |
| Persona, Viviana | 14944-480 | Common Area Floors/Trash Cans | Mon-Fri 7:30 am - 3:30 pm |
| Valverde, Erica | 81326-479 | Catwalk/Utility Closets (Upper Tier) | Mon-Fri 7:30 am - 3:30 pm |
| Thavera, Liza | 84866-380 | Computers/Phones- Trulincs Worker | Mon-Fri 7:30 am - 3:30 pm |
| Ling, Sunny | 59235-177 | RR #1 | Mon-Fri 7:30 am - 3:30 pm |
| December, Mellisa | 32474-480 | RR #2 | Mon-Fri 7:30 am - 3:30 pm |
| Gomez, J. | 27886-480 | RR #3 | Mon-Fri 7:30 am - 3:30 pm |
| Villarreal, Brisa | 25967-180 | RR #4 | Mon-Fri 7:30 am - 3:30 pm |
| Shepard, Jordan | 72342-479 | Program Room/Laundry Room/Ice Machines/Trash Cans | Mon-Fri 7:30 am - 3:30 pm |
| Salazar, A. | 71576-479 | Utility Closets (Lower Tier) and Floater As Needed | Mon-Fri 7:30 am - 3:30 pm |
| Suekz, Joy | 87770-379 | Sanitizing Door Knobs/Collect Food Tray Trash | Mon-Fri 6:00 pm - 9:30 pm |
| Hodges, Tracy | 16836-177 | Front Entrance/Telephones | Mon-Fri 6:00 pm - 9:30 pm |
| Juarez, Marissa | 39017-479 | Common Area Floors | Mon-Fri 6:00 pm - 9:30 pm |
| Rivo, Eneida | 73829-279 | CatWalk/Utility Closets (Upper Tier) | Mon-Fri 6:00 pm - 9:30 pm |
| Thavera, Liza | 84866-380 | Computers/Phones- Trulincs Worker | Mon-Fri 6:00 pm - 9:30 pm |
| Jara, Yesenia | 84831-479 | RR #1 | Mon-Fri 6:00 pm - 9:30 pm |
| Aguirre, G. | 40408-480 | RR #2 | Mon-Fri 6:00 pm - 9:30 pm |
| Chambless, Destiney | 05565-480 | RR #3 | Mon-Fri 6:00 pm - 9:30 pm |
| Maciel, Christina | 92510-380 | RR #4 | Mon-Fri 6:00 pm - 9:30 pm |
| Castagata, Cynthia | 15508-062 | Upper Tier Rails | Mon-Fri 6:00 pm - 9:30 pm |
| Funkes, Jackie | 58836-177 | Ice Machine/Fountains/Program Room | Mon-Fri 6:00 pm - 9:30 pm |
| Byers, Lynette | 90607-380 | Trash Orderly | Mon-Fri 6:00 pm - 9:30 pm |
| Galindo-Hernandez, U. | 04018-480 | Utility Closets (Lower Tier) and Floater As Needed | Mon-Fri 6:00 pm - 9:30 pm |
| Johnson, Sheaika | 17613-104 | Door knobs/Front Lobby/Telephones | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Cano, Anna E. | 95389-479 | Common Area Floor | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Mendoza-Zambrano, K. | 32625-064 | CatWalk/Utility Closets | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Thavera, Liza | 84866-380 | Computers | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Medrano, Anita | 96268-379 | RR#1/Ice Machine/Fountains/Trash Cans | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Ortiz, Nancy | 82909-479 | RR#2 | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Rodriguez, M. | 02318-579 | RR#3 | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Mejia, Christina | 58099-177 | RR#4 | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Caldron, Laneesha | 17336-003 | Laundry Room/Program Rooms | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Gallaza, N. | 98419-479 | Trash Orderly | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |
| Latin, Sherease | 21539-047 | Upper Tier Rails | Sat-Sun 7:30 - 3:30 pm & 6:00 pm - 9:30 pm |

Madison

Always clean after each group.

_handwritten:_ Incident Report # 3459569
Bleach Issued for Job

---

BP-A0288
JAN 17                                        INCIDENT REPORT
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

                              Part I – Incident Report

| 1. Institution: FPC BRYAN | | Incident Report Number: |
|---|---|---|

| 2. Inmate's Name: LATIN, SHEREASE ANTIONET | 3. Register Number: 21539-047 | 4. Date of Incident: 04-12-2020 | 5. Time: 11:50AM |

| 6. Place of Incident: KITCHEN | 7. Assignment: FS WHSE | 8. Unit: M02-522L |

| 9. Incident: Unauthorized Physical Contact | | 10. Prohibited Act Code (s): 409 |

11. Description of Incident: (Date: 04-12-2020    Time: 11:50AM    Staff became aware of incident):

On 04-12-2020 at approximately 11:50AM, I D.J. Ruiz, Cook Foreman instructed inmate Sherease Latin#21539-047 to go the other side of the serving line, and get her religious tray. Instead inmate Latin who was behind me, as I was handing out inmate food trays.

I then felt a poking behind my back on my left shoulder. I turned around and it was inmate Latin who was uncosenting poking me with her finger. She stated there was a fly on the cornbread. I told her I would take care of it. I then told her never to place her hands on me. I told her that she is not allowed to touch staff members at anytime, and in anyway.

Operations Lt. was notified.

| 12. Typed Name/Signature of Reporting Employee: D.J. Ruiz | 13. Date And Time: 04-12-2020 1:15PM |

| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): __S. Dudley__ | 15. Date Incident Report Delivered: 4/13/2020 | 16. Time Incident Report Delivered: 1017am |

                              Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
   ☐ Committed the Prohibited Act as charged.
   ☐ Did not Commit a Prohibited Act.
   ☐ Committed Prohibited Act Code (s):

   B.   ☐ The Committee is referring the Charge(s) to the DHO for further Hearing.
        ☐ The Committee advised the Inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/signature) _____  Member (Typed Name) _____  Member (Typed Name) _____

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY-3-Inmate within 24 hours of Part I Preparation

POF                    Prescribed by PS270          Replaces BP-A0288 of AUG 11

_handwritten top right:_ 4X6

BRY 1330.18
04/18/2014
Attachment A

FEDERAL PRISON CAMP
BRYAN, TEXAS

INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy (Form BP-229(13)), you MUST attempt to informally resolve your complaint through your Unit Counselor. Briefly state your complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Date Informal Resolution Form issued by Unit Counselor  SB 1-9-2021

Inmate Name Sherease Latin Number 21539-047 Unit Madison

1) INMATES COMMENTS: (Inmate MUST FILL OUT: items 1, 2, 3, and signature block) I feel the signature with Mrs. Harden now that he informally resolved she wrote an incident report that is false and frivolous. I am requesting a BP-9

2) Efforts made by inmate to informally resolve Spoke with Mrs. Harden after room search and was told that I would be receiving an incident report especially for items not in my locker.

3) Names of staff contacted Mrs. Harden staff not here on date inmate wrote

Date returned to Unit Counselor 1-11-2021   Received 1-12-2021  S. Bermea

_Sherease Latin_  21539-047   FPC Bryan
Inmate Signature   Number

UNIT COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted  1-13-2021
An attempt to informally resolve your grievance is unsuccessful.

Date informally resolved
OR
Date BP-9 issued  _SBL_ 1-13-2021
                  Signature, Unit Counselor

DISTRIBUTION:
   I.  If complaint is informally resolved, forward original to the Unit Secretary.
   II. If complaint is NOT informally resolved, forward original attached to BP-9 form to the Administrative Remedy Coordinator.

---

On 12-28-2020 I was called to the Madison Unit Secretary office at around 3:40pm. When I arrived at the door Mrs. Crawford was already signing the incident report that I was supposed to be having a UDC hearing for report #3459569. When I asked what was going on I was told that the report was being turned over to DHO due to me having 3 pages of incident reports, which I did not. When I tried to make a statement it was not taken. I also tried to explain to both Mrs. Crawford and Mrs. Walter that the incident reports they were "looking at" had been expunged or thrown out. Both told me I was wrong. I was not even read my rights on the paper. She asked me to sign. Neither Mrs. Crawford or Mrs. Walter understood the process. When I asked for a copy of my UDC incident report I was told by Mrs. Crawford that I already had a copy and did not get one from UDC. I asked her to tell me what she wrote on the paper and she told me I would see it

---

at DHC. She then told me to sign if I had a witness or staff rep. Either I responded she told me to sign the inmate rights at DHC paper. I told her I was not signing a paper I don't know what it is and that I was done trying to explain and returned to my unit to get my papers to show them. I did not have all 4 of incident reports they claimed when I returned a few minutes later they were both gone. I asked Mrs. Harter to call Mrs. Walter. She said she was busy and would see me tomorrow. Secretary Harris witnessed the whole ordeal. I was then handed the expired 9-day front out incident report disciplinary file and more that was attached to the report. Basically the UDC packet, that I am not supposed to have.

---

REQUEST FOR ADMINISTRATIVE REMEDY

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Latin, Sherease A  21539-047  Madison  FPC Bryan
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A- INMATE REQUEST I am writing this BP-9 for the falsified inside report #34595669. During the cell search Mrs. Harden did not discover bleach or 3 vitamin jars that are chip baggy in my locker. The bleach it was given to us during the covid lockdown was in a spray bottle under the table, there was Prime bottle in the same area that was just water, and whatever bleach smell that was left in it. There were lot 3 vitamin bottles filled with bleach. I am not the only person in my room so I'm confused as to how I received an incident report or an extra locker. Also the items listed are all food items the ones to us in the meal trays. Nothing was something we were not allowed to have. When I tried to speak with Lt Richardson about the items, she rolled her eyes and said what's your statement I know you have one. Shake downs are being conducted on a daily basis and no one else is getting incident reports for un-authorized items. especially not food thats non perishable. Please start taking the grievance seriously. _Sherease Latin_
12-28-2020  Thank you
DATE   SIGNATURE OF REQUESTER

Part B- RESPONSE

_____
DATE                    WARDEN OR REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____
                             CASE NUMBER: _____
Part C- RECEIPT
Return to: _____
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

3-01-2021 to 3-02-20?

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM  Between hours 730A to?

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MRS. Brown | 2/19/21 |
| FROM: S. Latin | REGISTER NO.: 21539-047 |
| WORK ASSIGNMENT: Unit orderly | UNIT: Madison |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

May I please be allowed to use the typewriter starting as early as 2/20/21. I have a 2255 motion to file and I have attached proof.

Thank you

(Do not write below this line)

DISPOSITION:

Based on January 29, 2021, memo for utilizing IN-Unit Law Library one hour per day has been approved. Your approved start date is Wednesday, February 24, 21 through Friday, February 26, 2021 and only from 7:30 am to 4:00 pm. You may resume on Monday, February March 2021, through Tuesday, March 2, 2021 for a total of 5 days,

| Signature Staff Member | Date |
|---|---|
| | 2·23·2021 |

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511    Later Denied Use

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mrs. Brown | DATE: 3-9-21 |
|---|---|
| FROM: S. Latin | REGISTER NO.: 21539-047 |
| WORK ASSIGNMENT Unit orderly | UNIT: Madison |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request. May I please use the typewriter I have 3 cases in court and need to reply to motions as well as submit other needed motions. May I please use as of Today 3/9/21      Thank you

(Do not write below this line)

DISPOSITION: Told No add told not to ask anyone else. Provided documentation of court cases.

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

BRY 1330.18

04/18/2014

Attachment A

### FEDERAL PRISON CAMP
### BRYAN, TEXAS

### INFORMAL RESOLUTION FORM

NOTICE TO INMATE:  You are advised that prior to receiving and filing a Request for Administrative Remedy (Form BP-229(13)), you MUST attempt to informally resolve your complaint through your Unit Counselor.  Briefly state your complaint below and list what efforts you have made to resolve your complaint informally.  Also, please state names of staff contacted.

Date Informal Resolution Form issued by Unit Counselor 3/24/2021

Inmate Name Therease Catin    Number 21539-047 Unit B-7

1) INMATE'S COMMENTS:  (Inmate MUST FILL OUT items 1, 2, 3, and signature block) I Am again requesting assistance from MRS. Godwin to print out needed info from Truline computer. Submitted cop-out and asked MRS. Potvin to get permission, that was denied, cop-out not answered. I asked MR Godwin myself on 3/21/21 was told " I don't know what to tell you." Inmate Hedspeth made same request and was taken from F.S. to print materials by MRS. Godwin

2) Efforts made by inmate to informally resolve Spoke with MRS. Godwin & Unit manager Brown I would like to have my request granted the same as an other inmate. MRS. Godwin's actions are promoting an unappropriate relationship with an inmate (Hedspeth) this type of situation has occured several times.

3) Names of staff inmate contacted MRS. Godwin, Unit manager Brown

Date returned to Unit Counselor 3/24/21

Inmate Signature Therease Catin    Number 21539-047

UNIT COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted If you have some staff to escort you. You can come. During Madison GED, and Blinn college

3-1 GED will take place in April. Ms. Godwin will get with a coller then to take re of this issue.

Dayne

Date informally resolved _____  OR    Signature, Unit Counselor
Date BP-9 issued 3/28/2021

DISTRIBUTION:
  I.  If complaint is informally resolved, forward original to the Unit Secretary.
  II.  If complaint is NOT informally resolved, forward original attached to BP-9 form to the Administrative Remedy Coordinator.

BP-9 in progress as of 3/30/21

Re-Mail   6-16-2020

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: Latin, Sherease A          21539-047          Madison   FPC Bryan
        LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A—REASON FOR APPEAL** Submission is past deadline due to myself being quarantied for 14 days and requested forms were not delivered. I disagree with the decision that I received regarding my initial Administrative remedy request that I filed on 4-1-2020 and I am filing an appeal. I respectfully requested to have DSCC redesignate me. The reasons for this request are as follows; I am approximately 3000 miles from my primary residence in Tacoma, WA. Also due to my based on my programmatic needs, this institution is not able to meet these needs in an appropriate and timely manner due to wait list and over crowding. My identified needs assessment for the "system" as defined in the first step act are also recommended courts, 500 hr RDAP Program, Mental health therapy and vocational training. There is also a serious shortage of employment positions at this facility. That will hinder the ability to obtain the necessary job skills for re-entry.

5/20/2020                          Sherease Latin
DATE                          SIGNATURE OF REQUESTOR

**Part B—RESPONSE**

_____          _____
DATE                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel.  Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: <u>Latin, Sherease   A.</u>    <u>21539-047</u>    <u>Madison</u>    <u>FPC Bryan</u>
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A - REASON FOR APPEAL I disagree with the decision on Admin Remedy Appeal that I filed 6-22-20, and am filing another appeal. Based on previous statements on BP-9 & 10, and ent events. I am in a camp with over 500 inmates, with the highly infectious ture of the corona virus and the inability to social distance as stated by CDC. That puts me severely at risk of contracting the virus, my health sues, obesity, lung damage due to spontaneous pneumothorax, sutures in both right and left lung, bulla (type of lesion that is filled with fluid) in my right se, atelectasis (defective expansion of the pulmonary alveoli) of my left lung base ld elevation of my hemidiaphragm, hypertention, and severe neuropathy. These ctors alone make contracting covid a possible death sentence. As an African rican the fatality factor increases seriously. I was not prepared to answ ere I wanted to be housed in court so I said the only 3 that came to mind ease see previously typed BP11) I was able to be transferred as stated I program statement PS 5100.08 code 330, 324, or 369. I have been geted, treated in an inequitable manner daily (exhibits attached). I have ported and used my Admin remedy process with no results, just more rassment. I am respectfully asking to be redesignated. I have also sent a sensitive to that was

<u>1-22-21</u>                                    <u>Sherease Latin</u>
DATE                                        SIGNATURE OF REQUESTER

Part B - RESPONSE

 

DATE                                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

Part C - RECEIPT

                                              CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE                                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Adm        ative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

| From: | Latin, Sherease | 21539-047 | Madison | FPC Bryan |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**   I disagree with the decision regarding my Administrative Remedy Appeal Request that I filed on June 22, 2020, and I am filing another appeal.  Based on the previously stated reasons listed in my BP-9 and 10, as well as events that have transpired since my initial request was filed.  I am being housed in a prison camp with a population that exceeds 500 inmates.  With the highly infectious nature of the Corona Virus, and the inability to properly social distance as stated by the CDC.  That puts me severely at risk of contracting the virus. My health issues, obesity, lung damage due to spontaneous pneumothorax, sutures in both my right and left lung, bulla (type of lesion that is a large vesicle that is filled with fluid) in my right upper lobe, atelectasis (defective expansion of the pulmonary alveoli) of my left lung base, mild elevation of my hemidiaphragm, hypertension, and severe neuropathy.  These factors alone make me contracting Covid-19 a potential death sentence.  As an African American the fatality factor seriously increases.  I was asked spontaneously in court to name three facilities I would like to be designated to.  I gave the only three camps that I was familiar with.  The other two that I named are definitely closer to my home.  I was not given the chance to discuss any other options with my two attorneys.  I was only made aware of the closer facilities upon my arrival to FDC Seatac.  When I requested to be designated to one of the previously mentioned (BP-10) facilities, I was told by unit team that I had to wait until I arrived at my designated facility, as I was considered a holdover.  Upon my arrival at FPC Bryan I started the process of requesting to be re-designated.  From the start of that said process, I am now being targeted, treated inequitable daily (exhibits attached), as well as being threatened by other inmates.  I have reported and used my Administrative Remedy process for each and every incident or situation, and no results have transpired.  I have also sent a sensitive 10 that was

| 9-11-2020 | Shereate Lat |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B—RESPONSE**

| | |
|---|---|
| DATE | GENERAL COUNSEL |

ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|---|

SUBJECT: _____

| | |
|---|---|
| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL |

BP-231(

rejected. I am respectfully requesting that after all attached exhibits are reviewed, that my re-designation be granted. Thank you for your time and assistance with this matter.

I have written to region about the treatment that I have had to endure from the time that I arrived on the compound of FPC Bryan, the situation that I have addressed with region warranted a response that they were not of a sensitive matter. I proceeded to do the write-ups at the institutional level as instructed. Now that I have done so the retaliation that I was concerned about has been taking place. I have received incident reports that are just blatant lies. I have been told by several staff members and SIS that I have a target on my back and have had one from my arrival due to me reporting Unit Case Manager to Warden Boncher, for telling me that she had sent over the proper email to fix the problem with my trulinks account. After several weeks Case Manager Mrs. St. Clergy actually did the necessary paperwork or email to get the problem resolved. I guess by me being adamant about having the staff do their jobs put the "target" on my back. I just recently on July 2, 2020 spoke with Captain Salcido after the incident report I received that is a total lie from Officer Green, and was told by him that I have a target on my back. I have done nothing to no one at this facility but ask them to do their jobs. I have needed legal assistance while my appeal was in process and was refused the help that was needed. I was actually told after asking to view my PSR by Mrs. ST. Clergy to have my lawyer send it in, with the knowledge that she can not do that. After I pointed that fact out to her she told me to have my lawyer disguise the information and send it in anyways. After the modified operations started due to the corona virus, I asked that a typewriter be brought into the unit. I asked everyone from the Warden down to the Unit Manager as well as the acting Unit Manager at the time Mrs. Gibson. I was told that there was no way that the typewriter was going to be brought to the unit. Within the next week or so another inmate asked the same exact things, to view her PSR and to have the typewriter brought to the unit. Her request were granted without question. I am and have been feeling ostracized on this compound. I get disrespectful treatment from people that I have not even met before due to the gossip that the staff does about me. I have never even had any words or negative interactions with any of these officers. I started having problems with everyone including the Warden after I started to use my Administrative Remedies. I am direct but never disrespectful or vulgar. I have always addressed anyone that I speak to with respect. I have received rude comments and gestures from staff that I did not even know their names until I asked some- one who they were. I am an inmate yes, but I do not deserve to feel like I am not getting the same treatment as other inmates or to feel like I am having to walk on egg shells all day everyday in order not to be retaliated against. I have included all the documentation that I have available as well as copies of the letters and sensitive that I sent to region. I am respectfully asking for a solution and some relief from this situation. When I first arrived at this facility I requested to be re-designated because the facility is over 3000 miles away from my current home and way over 500 miles away from any of my family. I was asked to name three facilities while in court by a lawyer that did not prepare me for that question and I was only aware of the camps that I named. I was under so much stress and my nerves were on edge, to the point that I did not even remember the facilities that I named until I received my transcripts during my appeal.

I Did have a copy of all the incident reports and outcome's but I attached them all to the previous BP-11. Can you please access the indexes for proof of targeting. They have all been Expunged except

Respectfully,

Shereace Latin

21539-047

Attachme
1

My faith based needs are also not being met. There is not an available clergyman/woman with knowledge of the Islamic religion at this facility. My dietary needs, religious material and religious programming have not been made available since my arrival date. I have been very patient and have tried to work around what I can, but as of now I feel like my needs are being outright ignored or denied I am feeling ostracized for my religious beliefs and practices.

As previously stated I would like to be re-designated to a facility that will provide these needs. Preferabley as close to my home as possible, Upon doing some re-search I have located facilities that may meet my needs, with a smaller population and less of a wait list.

I am filing my BP-10 Today. Today's date is

FPC Victorville                    5-20-20

FPC Phoenix

FPC Tuscan

Purdy Womens Correctional Institution

I should get a response to my appeal on

Thank you                    6-25-20

EX 8

## Top Left Report

**DEPARTMENT OF JUSTICE**   Part I – Incident Report   **FEDERAL BUREAU OF PRISONS**

1. Institution: FPC BRYAN
2. Inmate's Name: LATIN, SHEREASE ANTIONET
3. Register Number: 21539-047
4. Date of Incident: 04-10-2020
5. Time: 12:25PM
6. Place of Incident: KITCHEN
7. Assignment: FS WHSE
8. Unit: M02-522L
10. Prohibited Act Code: 313
9. Incident: Lying or providing a false statement to staff member

11. Description of Incident (Date: 04-10-2020) (Time: 12:25PM) Staff became aware of incident:

On 04-10-2020 at approximately 12:25PM. I D.J. Ruiz, Cook Foreman heard inmate Sherease Latin#21539-047 say she was not receiving her Religious diet trays. I told inmate Latin that this is an untrue statement. That I had both her lunch and dinner meals left over on 4-4-2020, and 4-5-2020 that she did not pick up.

Inmate Latin became irate and aggressive towards me. Screaming that I was a liar. She stated that she always picks up her meals everyday. This is an untrue statement backed by the daily religious check sheet.

Operations Lt. was notified.

12. Typed Name/Signature of Reporting Employee
13. Date And Time Of Report: 04-10-2020 1:29PM
14. Incident Report Delivered to Above Inmate By
15. Date Incident Report Delivered: 4-10-20
16. Time Incident Report Delivered: 6:10pm

**Part II – Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident

I was told that I wouldn't get my meals until 4-6-20.

18. A. It is the finding of the committee that you:
   ☐ Committed the Prohibited Act as charged.
   ☐ Did not Commit a Prohibited Act.
   ☐ Committed Prohibited Code (s).

   B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing.
   ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act) complete 90 day extract on whole 3 religious diet is important to you & low sugar low sodium kosher & 46 meals served w/

21. Date and Time of Action 4/6/2020
Chairman (Typed Name/Signature)   Member (Typed Name)   Member (Typed Name)

INSTRUCTIONS: If lines outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC action; COPY 3-Inmate within 24 hours of part I Preparation

PDF   Prescribed by P5270   Replaces BP-A0288 of AUG 11

## Top Right Report

**U.S. DEPARTMENT OF JUSTICE**   Part I – Incident Report   **FEDERAL BUREAU OF PRISONS**

1. Institution: FPC Bryan   Incident Report Number:
2. Inmate's Name: Latin, Sherease
3. Register Number: 21539-047
4. Date of Incident: 03/29/2020
5. Time: 3:25 PM
6. Place of Incident: Outside of Medical
7. Assignment: Warehouse
8. Unit: M02-552L
9. Incident: Refusing to obey an order of any staff member
10. Prohibited Act Code(s): 307

11. Description of Incident (Date: 03/29/2020 Time: 3:25 PM Staff became aware of incident)

On March 29, 2020, at approximately 11:30 AM, Inmate Latin, Sherease, Register No. 21539-047, entered the food service building wearing a gray sweat shirt and khaki pants. I advised her that per the housing rules she is only allowed to wear a gray sweatshirt and gray sweatpants or the khaki shirt and khaki pants. I advised her she was not allowed to mismatch the two pairs and needed to change to the correct attire. At approximately 3:25 PM, I Officer Oaks, was standing outside of the medical building when Inmate Latin approached wearing a gray sweatshirt and khaki pants. Inmate Latin refused to dress accordingly to the rules because she exited the housing unit and walked to medical wearing a gray sweatshirt and khaki pants after being instructed to change to the appropriate attire.

12. Typed Name/Signature of Reporting Employee
13. Date And Time: 3/30/2020 9:05 AM
S. Oaks/
14. Incident Report Delivered to Above Inmate By (Type Name/Signature)
15. Date Incident Report Delivered: 3.30.2020
16. Time Incident Report Delivered: 2:47 PM

**Part II – Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident

expunged at UDC hearing @ 3:10 p.m. 4-6-2020

18. A. It is the finding of the committee that you:
   ☐ Committed the Prohibited Act as charged.
   ☐ Did not Commit a Prohibited Act.
   ☐ Committed Prohibited Act Code(s)

   B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing.
   C. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature)   Member (Typed Name)   Member (Typed, Name)

PDF   Prescribed by P5270   Replaces BP-A0288 of AUG 11

## Bottom Left Report

BP-A0288   JAN 17   **INCIDENT REPORT**   EX 3

**U.S. DEPARTMENT OF JUSTICE**   Part I – Incident Report   **FEDERAL BUREAU OF PRISONS**

1. Institution: FPC Bryan   Incident Report Number:
2. Inmate's Name: Latin, Sherease
3. Register Number: 21539-047
4. Date of Incident: 04/13/2020
5. Time: 9:00 AM
6. Place of Incident: Madison common area
7. Assignment: FS Whse
8. Unit: M02-552L
9. Incident: Refusing to obey an order of any staff member
10. Prohibited Act Code(s): 307

11. Description Of Incident: (Date: 04/13/2020 Time: 9:00 AM) Staff became aware of incident:

On April 13, 2020, at approximately 9:00 AM, Inmate Latin, Sherease, Register No. 21539-047, was on the computer when I approached her and asked, "Is it your room's time to be out of the room?" Inmate Latin stated, "No. I just got off the video visit and need to send an email." I advised Inmate Latin that she needed to get off the computer. Inmate Latin refused, and I stated to her that I would be writing her an incident report. Inmate Latin began to scream, "I do not care. Do what you have to do." Prior to this incident, at approximately 8:15 AM, Inmate Latin was standing in the common area, and I asked her if it was her scheduled time to be out of her room. Inmate Latin stated, "No, I am about to do a video visit and need to call 15 minutes prior." I advised Inmate Latin that she would not be able to use the telephone outside of her scheduled time and that she should go back to her room. Room 55 is scheduled to be in the common area during the times of 7:00 AM and 8:00 AM.

12. Typed Name/Signature of Reporting Employee
13. Date And Time: 4/13/2020 9:55 AM
S. Oaks/
14. Incident Report Delivered to Above Inmate By (Type Name/Signature) S. Leal/Skee
15. Date Incident Report Delivered: 4/13/2020
16. Time Incident Report Delivered: 1020 hrs

**Part II – Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident

That's not what I said. I was on the computer when I wasn't suppose to. I got off when she told me not to. I'm not to blame to email her I had a bad video visit.

18. A. It is the finding of the committee that you:
   ☑ Committed the Prohibited Act as charged.
   ☐ Did not Commit a Prohibited Act.
   ☐ Committed Prohibited Act Code(s)

   B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing.
   C. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:
Based on Severity & Incident and Section 11

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)
loss of emails for 30 days starting 4/16/20

21. Date And Time Of Action _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

## Bottom Right Report

Expunged on 9-4-2020 @ 3:30 p.m. Mrs. Mouskow Mrs. Crawford

RECEIPT – ADMINISTRATIVE REMEDY

DATE: AUGUST 10, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
SOUTH CENTRAL REGIONAL OFFICE

TO : SHEREASE ANTIONET LATIN, 21539-047
BRYAN FPC   UNT: MADISON   QTR: M02-552L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL IDENTIFIED BELOW:

REMEDY ID : 1019911-R1
DATE RECEIVED : JUNE 22, 2020
RESPONSE DUE : AUGUST 21, 2020
SUBJECT 1 : UDC ACTION
SUBJECT 2 :
INCIDENT RPT NO: 3388340

TRULINCS  21539047 - LATIN, SHEREASE ANTIONET - Unit: BRY-M-A

--------------------------------------------------------------------------------

FROM: 21539047
TO: Warden
SUBJECT: ***Request to Staff*** LATIN, SHEREASE, Reg# 21539047, BRY-M-A
DATE: 05/15/2020 05:30:38 PM

To: bOUCHER
Inmate Work Assignment: fs Waresouse

I also asked to view my psr and was told I would not be able to until after modified operations ends and the unit team aloud the same inmate to view their psr.  I'm confused as to what is the reason I am being told no to all my needs while others are being accommodated

Hedspeth is the inmate

TRULINCS  21539047 - LATIN, SHEREASE ANTIONET - Unit: BRY-M-A

--------------------------------------------------------------------------------

FROM: Warden
TO: 21539047
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/22/2020 03:27:02 PM

Ms. Latin,

The condition under which you are allowed to check out and use a typewriter are when Unit Team approves, based on verification of an individual's need for it. I encourage you to limit your typewriter request to the Unit Team.   *Wow*

>>> ~^!"LATIN, ~^!SHEREASE ANTIONET" <21539047@inmatemessage.com> 6/18/2020 4:47 PM >>>
To: Warden
Inmate Work Assignment: Unit Orderly

I am so not understanding what is going on here at FPC Bryan. First Mrs. Valentine comes in the unit and says that she did not bring the typewriter to the unit that an inmate (basically me) stole the typewriter from the education department.  Then after it took me and Hedsmeth to explain to her that she is the one had the typewriter brought over here.  Then she says that only Hedsmeth can use the typewriter.  I'm confused how is only one inmate aloud to access the BOP property.  I am really so out done that I keep being treated like I am doing something wrong trying to handle what I need to handle.  Then she called me a liar about being able to use the typewriter.  I really don't know what else to do in this situation.  As you know this is something that I have been asking for since April 1st when the modified operations started.  Please explain to me how one inmate is treated different than the rest of us.  Thank you for your attention and timely response in this matter.

*Verification had been showed*

TRULINCS  21539047 - LATIN, SHEREASE ANTIONET - Unit: BRY-M-A

--------------------------------------------------------------------------------

FROM: Warden
TO: 21539047
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/18/2020 07:28:01 AM

Ms. Latin,
The only thing we have changed on this is the use of typewriters, and that is a recent change.  So yes, previously if you were denied that was the correct response from staff.  The change comes with certain parameters regarding demonstrated need and restricted time, but It is not exclusive to one inmate.  I spoke with your Unit Manager yesterday who indicated she would facilitate use for you as well as time to review your PSR.

>>> ~^!"LATIN, ~^!SHEREASE ANTIONET" <21539047@inmatemessage.com> 5/15/2020 5:07 PM >>>
To: Boucher
Inmate Work Assignment: F.S. Warehouse

Good evening Warden,

I have been requesting the nessecary items and help to work on my leagal work and have been constantly denied.  I had a brefing that was due on May 4th that I had to have postponed, due to the unit team not making the items and materials available to me during this modified operation, as well as while I was in quarantine.  I had asked Mrs. Brown, Mr. Payne and Mrs. Crawford for the use of the typewriter and other legal material to be brought to the unit.  I get a very beligerent attitude from them all.  Today Mrs. Valentine brought the typewriter over to the unit and told the officer that only one inmate was aloud to use it.  How is that possible.  I dont really care how any of the staff feels about me, but what I dont do is disrespect any of them.  I am in the process of an appeal and again need to be able to type the documents that are needed.  Thank you for your assistance in this matter.  Also I am trying my best to keep a polite attitude with the staff but I would really appreciate if I could get the same respect.  Cause if I addressed them in the way that they do me it would be a problem.

*Never Occured*

TRULINCS  21539047 - LATIN, SHEREASE ANTIONET - Unit: BRY-M-A

--------------------------------------------------------------------------------

FROM: 21539047
TO: Warden
SUBJECT: ***Request to Staff*** LATIN, SHEREASE, Reg# 21539047, BRY-M-A
DATE: 06/12/2020 09:20:14 AM

To: Warden Hawkins
Inmate Work Assignment: Unit Orderly

Good Morning Maam,

I have been going round and round with different staff trying to find out how to be able to get a ribbon ordered for the typewriter and have been denied every possibility.  Now that this is considered our new normal how are we supposed to be able to have access to the things that we need to Spo.  I have explained to several of the staff that I am in the middle of an appeal and have neneuropathynd have trouble writing for long periods of time or just any lengthy paper,  I have asked unit team if I can have the ribbon donated, I can purchase it myself with no problem.  There is a typewriter available that has available ribbons in the interloan library that is no longer being used and that was also denied to me.  I do not know what else to do to get the ribbon that I need.  I arrived on the day that the modified operations started and was never given the opopportunityo order a ribbon.  Please let me know how I can get this situation solved please and thank you.

TRULINCS  21539047 - LATIN, SHEREASE ANTIONET - Unit: BRY-M-A

--------------------------------------------------------------------------------

FROM: Education
TO: 21539047
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/20/2020 09:32:02 PM

You must provide your own ribbon.

>>> ~^!"LATIN, ~^!SHEREASE ANTIONET" <21539047@inmatemessage.com> 5/19/2020 7:50 AM >>>
To: Mrs. Valentine/Crawford
Inmate Work Assignment: FS Ware

I want to say thank you for making the typewriter available to us during this modified operation period.  Now we are having the
issue that there is no ribbon available to use.  I asked commissary if I could order one and they are not allowing SPO at the
moment.  Is there a way that the typewriter that is in the interloan library can be used instead since there is available ribbon for
that one.  Please let me know as soon as possible.  Or please let me know how I can obtain one for the one we have Thank you

TRULINCS  21539047 - LATIN, SHEREASE ANTIONET - Unit: BRY-M-A

--------------------------------------------------------------------------------------------------------

FROM: Education
TO: 21539047
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/02/2020 03:12:02 PM

Not sure what you are asking.

>>> ~^!"LATIN, ~^!SHEREASE ANTIONET" <21539047@inmatemessage.com> 5/21/2020 9:16 AM >>>
To: Mrs.Valentine/Crawford
Inmate Work Assignment: FS Ware

I have no problem doing that can I get the form so that I may order one.  Please and thank you

TRULINCS  21539047 - LATIN, SHEREASE ANTIONET - Unit: BRY-M-A

--------------------------------------------------------------------------------

FROM: 21539047
TO: Unit Management
SUBJECT: ***Request to Staff*** LATIN, SHEREASE, Reg# 21539047, BRY-M-A
DATE: 05/19/2020 02:40:49 PM

To: Mrs. Walker
Inmate Work Assignment: FS Ware

Good Afternoon,

I know today that you are in the B units.  I asked for Mr. Payne to bring back three 8 1/2 and his response was that he does not have them in his had so he can not give me what he does not have. So it will be tomorrow or the day after.  I just don't get the smartalic response that is received from him when asked for any type of assistance. I apologize that I have to keep asking you for assistance but I do need them if you wouldn't mind.  Thank you



U.S. Department of Justice
Federal Bureau of Prisons
Federal Prison Camp
*Bryan, Texas 77803*

---

DATE:        January 29, 2021

TO:          INMATE POPULATION
                J Hawkins
FROM:        T. Hawkins, Warden

SUBJECT:     In-Unit Law Library

Due to the COVID-19 pandemic and reduced access to inmate resources provided through the
Education Department, we will establish In-Unit Law Libraries with typewriters available to
inmates for use in preparing legal documents.

A.  In-Unit Law Library

   a.  The In-Unit Law Library will be in all units and will be available to inmates while
       the Main Law Library is closed due to COVID-19. Inmates with legal research or
       work can access the library seven (7) days per week from 8:00 a.m. – 9:00 p.m.

   b.  Inmates may request law library access by submitting a BP-A0148, Inmate Request
       to Staff, to the Unit Manager, along with documentation verifying court appeals
       dates. Based on demand for Law Library access, inmates will be given at least one
       hour in the Unit Law Library per day, for each request. More time may be allowed
       depending on the volume of inmate requests.

B.  Preparation of Legal Materials by Inmates:

   a.  Non-Duty Hours: Inmates are expected to prepare legal documents during their
       non-working leisure time. Legal work should not interfere with normal institutional
       programs.

C.  Supplies

   a.  The Education Department will supply the Law Libraries with the necessary
       supplies, e.g., paper, pencils, etc., for preparing legal documents. Other supplies
       may be purchased from the institution's commissary, i.e., large mailing envelopes,
       typewriter ribbons, pens, pencils, highlighters, etc.

   b.  Inmates may request Law Library Resources from the Main Law Library. These
       request must be submitted to the Supervisor of Education.

D. Typewriters

    a. Typewriters will be available in the In-Unit Law Library. It is prohibited to use these typewriters for anything other than legal work, i.e., typing personal or business letters. These typewriters are only for typing <u>legal</u> court documents only, i.e., petitions, motions, and memorandums of law.

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Latin Sheriase _____ 21539-047 _____ MA _____ FPC Bryan

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** I am filing this Administrative Remedy Request due to staff misconduct by Mrs. Godwin. I have sent over more than one request with in the last 30-60 days to be escorted to education to print off the needed papers from the law library. I have not been given that opportunity. I was made aware that Mrs. Godwin went to Foodservice and took Inmate Hedspeth to print out the papers that she needed. I spoke with Unit Manager Brown on the same day that Hedspeth requested to be given access, as well as several education staff members. I was by Mrs. Potvin that she asked Mrs. Godwin and was told that it could not be done. This is an on going problem that I have been experiencing with Mrs. Godwin. I then spoke with her on 3/21/21 at around 6:45 P.M. while she was the unit officer in Madison unit, and asked her about why my cop-out had not been answered and if I could be taken over to the library. Her response was "I don't know what to tell you." I am respectfully asking to receive the same treatment as any other inmate at this facility, especially in regards to my legal needs being met. Thank you for your time and attention to this matter. On 3/29/21 and

3/2
·3/24/2021
DATE

*Sheriase* (signature)
SIGNATURE OF REQUESTER

**Part B– RESPONSE**



Complaint Just
Filed for
Education Super
Mrs. Godwin

_____     _____
DATE                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____   _____   _____   _____
            LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT     INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

Printed on Recycled Paper

BP–229(13)
APRIL 1982

Attachment 1

3/30/21  MRS. Godwin came in the unit and initiated a display of further un professionalism. After my initial 8½ was returned with a response from her, she came in the unit on 3/29/21 at around 8:30 A.M. and stated while rolling her eyes, in front of several inmates "Come on lets go" showing serious attitude. I then explained I was at Sick call. Then she came back about 30 minutes later and said "I see you are not even ready to go" I again let her know I was still at sick call. She rolled her eyes and walked out. ON 3/30/21 I approach MRS. Gibson to ask who I needed to talk to about book shortage for Blinn College. I was told speak with Godwin. My concern was shared with AW Street. Around 10AM MRS. Godwin stormed in the unit and stated "Who spoke with the A.W. meet me over on the other side if you are in Blinn, She the proceeded in front of several inmates and staff, to single me out, and talked to me very disrespectfully. I would really appreciate the displays to end It is Embarrassing